# EXHIBIT F

**Exhibit F**

**Infringement Claim Chart — U.S. Patent No. 7,673,137**

System and Method for the Managed Security Control of Processes on a Computer System

**Bitdefender GravityZone Platform**

| Claim 1 | Bitdefender GravityZone Platform |
|---|---|
| **1[pre]:** "A system for | To the extent the preamble is limiting, the Bitdefender GravityZone Platform[1] meets the |

1 "Bitdefender GravityZone Platform" refers to Bitdefender's endpoint-protection EDR/XDR/MDR, attack-surface-reduction, risk-management, behavioral-monitoring, runtime-risk-identification-and-scoring, threat-prevention, file-execution-analysis (static, dynamic, and sandbox-based), mobile-threat-defense, mobile-device-management-and-integration, incident-investigation, telemetry, and enforcement functionality, including without limitation: (i) the GravityZone management console (Control Center); (ii) the Bitdefender Endpoint Security Tools (BEST) endpoint agent and its security modules, including without limitation Process Inspector / Advanced Threat Control, HyperDetect, Network Attack Defense, Sandbox Analyzer (and its Sandbox Prefilter), Anti-Phishing and Web Threat Protection, Antimalware modules, Content Control, and Device Control; (iii) the GravityZone EDR/XDR/MDR sensor and correlation framework, Incident Advisor, Root Cause Analysis, Severity Score, Risk Management module, Company Risk Score, Indicators of Risk catalog, and Proactive Hardening and Attack Surface Reduction (PHASR); (iv) the GravityZone Security for Mobile add-on (Mobile Threat Defense / MTD) and its Mobile Security console, the on-device GravityZone Mobile Client / MTD application installable on iOS, iPadOS, Android (including Samsung Knox), and Chromebook devices, the Bitdefender Security for Chrome browser extension on ChromeOS, and the on-device local VPN; (v) the rule and policy constructs across the platform, including without limitation the Threat Policy, Apps Policy, Phishing and Web Content Policy, and Samsung Knox MTD Policy on the mobile side, and the EDR Custom Detection rules, YARA detection rules, Integrity Monitoring rules, assessment policies and policy databases, rules databases, MITRE ATT&CK technique mapping, and Bitdefender Global Protective Network threat-intelligence feeds; and (vi) integrations with third-party MDM/UEM systems, SIEM systems, and the Google Admin Console for ChromeOS deployment, together with all related cloud services, agents, sensors, alerts, incidents, reports, dashboards, databases,

1

| | |
|---|---|
| **managing security of a computing device comprising:"** | requirement "A system for managing security of a computing device comprising" literally or under the doctrine of equivalents.<br><br>The GravityZone Platform is an endpoint protection system for managing security of a computing device. It combines a pre-execution authorization layer (Application Control) with on-execution behavioral monitoring layers (Advanced Threat Control (ATC) and Process Inspector / Process Introspection (PI)) deployed on the endpoint through the Bitdefender Endpoint Security Tools (BEST) agent and centrally administered through the GravityZone Control Center. Application Control "The Application Control module adds another layer of protection against a wide range of malware threats (ransomware, zero-day attacks, exploits on third party applications, Trojans, spyware, rootkits, adware and so on) by blocking unauthorized applications and processes from running through its content scanning capabilities." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Process Inspector "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies." *See* Bitdefender, Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector.<br><br>These layers operate, individually or together, both in user mode and at the operating system kernel: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. |

APIs, telemetry stores, and management components.



*Source excerpt: Bitdefender TechZone diagram of advanced evasion techniques targeting endpoint security agents (uninstallation/termination, callback evasion, vulnerable drivers, Event Tracing for Windows tampering). Source: https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html.*

| | |
|---|---|
| **1[a]: "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device;"** | The GravityZone Platform meets the requirement "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device" literally or under the doctrine of equivalents.

The GravityZone Platform receives notice from the operating system that a new program is being loaded through its pre-execution Application Control gating layer, which evaluates each new process at start. Application Control operates in two modes, including, but not limited to, "Production Mode. Application Control blocks all unknown applications. Microsoft operating |

3

system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The gating is keyed to load/start events: "Processes that are already running when the Application Control is set to Production Mode will be blocked after the next process restart." *Id.*

GravityZone has a dedicated pre-execution detection layer. "HyperDetect™ Blocks Attacks at Pre-execution" and "Bitdefender Sandbox Analyzer provides pre-execution detection of advanced attacks by automatically sending files that require further analysis to the cloud sandbox, then takes remediation action based on the findings." *See* Bitdefender, GravityZone Workstation Security, https://www.bitdefender.com/en-us/business/products/workstation-security. HyperDetect itself is "an additional layer of security specifically designed to detect advanced attacks and suspicious activities in the pre-execution stage." *See* Bitdefender, HyperDetect, https://www.bitdefender.com/business/support/en/77212-376313-hyperdetect.html.



*Source excerpt: Bitdefender Advanced Threat Control four-step heuristic flow — file copied to disk, scanned against signatures, checked by B-Have, then process is monitored by ATC. Source:*
*https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-*

4

| | |
|---|---|
| | *en_EN-web.pdf*.<br><br>GravityZone's On-Execute policy surface configures load-time interception for "malicious processes, when they are executed" — the policy surface on which Bitdefender configures the load-time interception. *See* Bitdefender, On-Execute, https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html. The kernel-mode Process Introspection component receives the operating-system triggers that fire when a new program is loading: Process Introspection "operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *Id.*<br><br>Bitdefender's drivers register Windows kernel notify routines for process creation and image loading. "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The named callback types are "PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by an attacker" — a condition presupposing that those callbacks are registered by Bitdefender drivers, including "the Advanced Threat Control driver, Network Attack Detection driver, or Firewall driver" — a tampering condition Bitdefender's Callback Evasion Detection capability detects. *Id.* |
| **1[b]: "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid;"** | The GravityZone Platform meets the requirement "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid" literally or under the doctrine of equivalents.<br><br>GravityZone's validation module is Application Control. At the load-time gate, Application |

5

| | |
|---|---|
| | Control performs the valid / not-valid decision: it defines, for each new program attempting to start, whether the program is permitted to run. "Specific process or processes, to define a process that is allowed or denied from starting. You can authorize by path, hash or certificate. The conditions inside the rule are matched by logical AND." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Application Control validates against an approved-list maintained by the Control Center: "Application Control enforces flexible policies that allow you to whitelist applications and manage the update permissions." *Id.* In Production Mode, the validation outcome controls whether the program is permitted to run: "Production Mode. Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *Id.*<br><br>The reference set against which Application Control validates new programs is the application inventory, which GravityZone builds automatically. "Applications and processes running in your environment are automatically detected during the discovery phase." *See* Bitdefender, Application Control for Business, https://www.bitdefender.com/en-us/business/gravityzone-platform/application-control. New applications are added to the inventory automatically: "New applications discovered each time you run the Application discovery task are automatically placed in the Ungrouped Applications folder." *See* Bitdefender, Application inventory, https://www.bitdefender.com/business/support/en/77212-155236-application-inventory.html. Administrators may also explicitly authorize specific applications and processes by hash, signing certificate thumbprint, or path. "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html.<br><br>Application Control identifies an executable, in part, by computing and matching the cryptographic hash of the executable file. "To authorize an application based on hash" the administrator selects "Hash" as the "Authorization method" and enters a hash value as the "Authorization identifier". *See* Bitdefender, Application Control, |

https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The hash is computed from the application's executable file by Bitdefender's Fingerprint tool: "Fingerprint, to obtain the custom value of the hash." *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html. The Fingerprint tool is run from the command line and prints the hash value of the application file at the specified path. *Id.* Hash-based identification is integrity-sensitive by definition: "Hash functions are used to protect data integrity because they are deterministic, collision-resistant functions." *See* Bitdefender, What is Hashing, https://www.bitdefender.com/en-us/business/infozone/what-is-hashing. "Any change to the input, even of a single bit, should produce a significant and easily detectable change in the output." *Id.* Accordingly, when Application Control validates a new program by hash, a modified or corrupted executable will produce a hash that does not match the previously authorized hash and the program will not be validated.

Application Control alternatively, or in conjunction (rule conditions are joined by logical AND), validates a program by the signing certificate thumbprint of the file. "To authorize based on a certificate" the administrator selects "Certificate" as the "Authorization method" and enters a certificate thumbprint as the "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The thumbprint is obtained from the signed application file using Bitdefender's Thumbprint tool. *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html. Certificate-based authorization is integrity-sensitive in the same way as hash matching: a code signature binds to the file's contents, so a modification to the executable invalidates the signature, and the certificate-based authorization no longer matches. The Application Control rule—whose conditions are matched by logical AND—therefore fails for the modified file.

Application Control also supports path-based authorization, which validates whether the program loading from a specified location is permitted. "To authorize an application from a specific path" the administrator selects "Path" as the "Authorization method" and specifies the path under

7

"Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Path-based authorization can be combined with hash and/or certificate authorization within the same rule, with conditions matched by logical AND, so the integrity-sensitive identifiers (hash, certificate) operate as part of the validation decision when present. *Id.*

GravityZone separately performs hash-based file integrity checking, corroborating that Bitdefender designs and operates GravityZone to detect file modification. "GravityZone uses file hashes to help identify known malware attempting to infect a computer." *See* Bitdefender, What is Hashing, https://www.bitdefender.com/en-us/business/infozone/what-is-hashing. "GravityZone Integrity Monitoring can monitor entire systems for unauthorized changes. This includes the ability to create rules to identify hash changes in files and the Windows registry." *Id.* GravityZone's dedicated Integrity Monitoring module "reviews and validates changes made on Windows and Linux endpoints to assess the integrity of multiple entities." *See* Bitdefender, Integrity Monitoring, https://www.bitdefender.com/business/support/en/77209-376314-integrity-monitoring.html. "Based on these rules, Integrity Monitoring takes action when events are generated for files, folders, registry entries, users, services and installed software." *Id.*

Testing of GravityZone's hash-based execution policy corroborates that the hash gate is integrity-sensitive: an unmodified executable matched the hash rule and was blocked, and after the executable's bytes were altered—thereby changing its hash—it no longer matched the rule. "From what I verified, we can block the execution of a software both by the absolute path and by the Hash (MD5/SHA). I used an EDR test file without changes and it was blocked; however after I used the program" MD5-Hash-Changer "to change the hash value of the .exe, I was able to run it without major problems." *See* Bitdefender Community, Gravity Zone Software Execution Policy Bypass, https://community.bitdefender.com/en/discussion/99442/gravity-zone-software-execution-policy-bypass.

GravityZone's HyperDetect and Sandbox Analyzer components also operate as validation modules coupled to the pre-execution monitor: each renders a verdict on a new program before it

8

| | |
|---|---|
| | executes. "HyperDetect™ Blocks Attacks at Pre-execution" and "Bitdefender Sandbox Analyzer provides pre-execution detection of advanced attacks by automatically sending files that require further analysis to the cloud sandbox, then takes remediation action based on the findings." *See* Bitdefender, GravityZone Workstation Security, https://www.bitdefender.com/en-us/business/products/workstation-security. HyperDetect is "an additional layer of security specifically designed to detect advanced attacks and suspicious activities in the pre-execution stage" and "can accurately anticipate and identify specific attacks, as well as effectively identify advanced malware before it is executed." *See* Bitdefender, HyperDetect, https://www.bitdefender.com/business/support/en/77212-376313-hyperdetect.html. The pre-execution verdict drives the validation outcome: "Depending on how you configured your policy, the module will take one of the following actions when a suspicious file or process is discovered: For files: deny access, disinfect, delete, quarantine, or just report the file." *Id.* Sandbox Analyzer renders an explicit valid / not-valid verdict on the file: "Clean – the sample is secure." or "Infected – the sample is dangerous." *See* Bitdefender, Sandbox Analyzer — Analysis result options, https://www.bitdefender.com/business/support/en/77209-343085-sb-filtering-submission-cards.html. |
| | GravityZone's On-Execute policy surface and kernel-mode Process Introspection component also operate as validation modules coupled to the pre-execution monitor. The On-Execute policy surface configures the load-time interception against "malicious processes, when they are executed". *See* Bitdefender, On-Execute, https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html. The kernel-mode Process Introspection component then applies the validation checks at the load moment: Process Introspection "operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *Id.* Each "advanced security check" |

9

| | |
|---|---|
| | performed during process creation or module loading is a valid-vs-not-valid evaluation of the new program at the load moment, contributing to the program's overall validation outcome. *Id.* |
| | GravityZone's Advanced Threat Control (ATC) renders behavioral verdicts that contribute to the validation outcome at the load/execute moment. "ATC is a proactive and dynamic behavioral detection technology that continuously monitors process activities in real-time" *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. and ATC and Process Introspection together produce a process score: "Both ATC and PI contribute to determining this process score, with each suspicious behavior influencing the overall rating." *Id.* The score is the basis of the validation decision: "If the score exceeds the threshold configured in the current profile, an action will be initiated for the application" *Id.* Bitdefender further documents ATC as a "proactive and dynamic detection technology, based on monitoring processes" that classifies applications by reputation, including "Validated system processes that have been tagged by Bitdefender Application Reputation to be clean." *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging Threats, https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. Where ATC tags or treats a process as "Validated" or as "clean" for purposes of Application Reputation, the program is — in Bitdefender's own terms — validated by the security stack at load. *Id.* |
| **1[c]: "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system;"** | The GravityZone Platform meets the requirement "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system" literally or under the doctrine of equivalents. |
| | The GravityZone Platform intercepts triggers from the computing device's operating system through its on-execution detection components, including, but not limited to, the Process Introspection (PI) component of Process Protection, the Advanced Threat Control driver, and Self Protect minifilter drivers. PI "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during |

10

key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. PI's interception extends to additional OS-generated process operations: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *Id.*



*Source excerpt: Bitdefender TechZone "Process Introspection in ATC" flow diagram showing kernel-level interception at key process operations — process creation, module load, thread start, socket open — and ATC termination of the malicious process. Source: https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.*

The interception occurs at the kernel level: "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected

11

processes." *Id*. The accused product also implements an Advanced Threat Control driver and other kernel-mode components that register Windows kernel notify routines to receive operating-system-generated triggers, including, but not limited to, "callback types such as PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by an attacker". *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. CBE additionally monitors "callbacks from Bitdefender drivers, such as the Advanced Threat Control driver, Network Attack Detection driver, or Firewall driver". *Id*.

Advanced Threat Control independently intercepts operating-system-generated runtime triggers from monitored processes. "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Bitdefender, GravityZone — Advanced Threat Control administrator guide, https://www.bitdefender.com/business/support/en/77212-376309-advanced-threat-control.html. ATC's monitoring is "based on monitoring processes and system events, and tagging of suspicious activities." *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging Threats (Solution Paper), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. The kernel-mode posture of ATC's trigger interception is established by the same architectural description that governs PI: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. Each enumerated runtime behavior — code injection, process replication, file drops, process-list

12

| | concealment — is a discrete OS-generated event that ATC's driver receives.

GravityZone separately intercepts OS-generated file-system and registry triggers through kernel-mode minifilter drivers. "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The minifilter drivers receive OS-generated I/O and registry callbacks: "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *Id.* The set of OS-event categories the architecture monitors is expressly enumerated: "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *Id.* |
|---|---|
| **1[d]: "and an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module."** | The GravityZone Platform meets the requirement "and an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module" literally or under the doctrine of equivalents.

The GravityZone Platform monitors the program at the operating system kernel in response to triggers intercepted by the detection components. The ATC component "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Bitdefender, Advanced Threat Control, https://www.bitdefender.com/business/support/en/77212-376309-advanced-threat-control.html.

The monitoring is performed at the operating system kernel: "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *See* Bitdefender TechZone, Process Protection, |

13

https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.        The accused product also exposes a kernel-level monitoring option in policy: "The Kernel-API Monitoring option enables advanced kernel-level monitoring, allowing the detection of unusual system behaviors and safeguarding against exploitation attempts that target system integrity." *See* Bitdefender, On-execute, https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html.

Together, ATC and PI "Both ATC and PI contribute to determining this process score, with each suspicious behavior influencing the overall rating. When this rating reaches a predefined threshold, an alarm is triggered, indicating that the process is considered highly likely to be a security threat." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. When the score crosses the configured threshold, "If the score exceeds the threshold configured in the current profile, an action will be initiated for the application, which may involve terminating the process". *Id.*

The kernel-level monitoring response to OS-generated triggers includes Process Introspection's in-line security checks at process creation and module loading: "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. ATC and PI together monitor process activity in real time: "ATC is a proactive and dynamic behavioral detection technology that continuously monitors process activities in real-time, including groups of processes." *Id.*

The execution module's kernel-level monitoring is driven by Windows kernel callbacks registered by Bitdefender drivers, including "callback types such as PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by an attacker". *See* Bitdefender TechZone, Anti-Tampering and

14

Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The accused product also routes kernel callbacks from "callbacks from Bitdefender drivers, such as the Advanced Threat Control driver, Network Attack Detection driver, or Firewall driver," which deliver the operating-system-generated triggers consumed by the runtime monitoring layer.*Id.*

GravityZone's kernel-mode monitoring also operates through minifilter drivers: "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *Id.* The architecture monitors a defined set of OS-event categories at the kernel: "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *Id.*

GravityZone's runtime monitoring is structured as a binary. Application Control identifies authorized programs at the launch gate: "Production Mode. Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Authorization can be effected "based on the hash of the executable, signing certificate thumbprint and application path." *See* Bitdefender, Application Control for Business — GravityZone Platform, https://www.bitdefender.com/en-us/business/gravityzone-platform/application-control. On the runtime side, Advanced Threat Control monitors all running processes by default and excludes only a defined validated set: "Advanced Threat Control continuously monitors all running applications and processes. To extend the flexibility and performance there are some exceptions:" "White-listed processes that are specifically excluded from monitoring by the user"; "Validated system processes that have been tagged by Bitdefender Application Reputation to be clean." *See* Bitdefender, Advanced Threat Control — Proactive

15

| Claim 14 | Bitdefender GravityZone Platform |
|---|---|
| **14[pre]: "A computer-implemented method for implementing security for a computing device, comprising the steps of:"** | To the extent the preamble is limiting, the GravityZone Platform meets the requirement "A computer-implemented method for implementing security for a computing device, comprising the steps of" literally or under the doctrine of equivalents.<br><br>The GravityZone Platform performs a computer-implemented method for implementing security for a computing device. The method is implemented by the BEST agent (running on each protected endpoint) under policies administered through the GravityZone Control Center, and includes pre-execution authorization performed by Application Control followed by on-execution monitoring performed by ATC and Process Inspector. "The Application Control module adds another layer of protection against a wide range of malware threats (ransomware, zero-day attacks, exploits on third party applications, Trojans, spyware, rootkits, adware and so on) by blocking unauthorized applications and processes from running through its content scanning capabilities." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html.<br><br>The accused product layers Application Control with on-execution behavioral monitoring components. Process Inspector "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies." *See* Bitdefender, Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. These layers operate, individually or together, both in user mode and at the operating |

Above the table, continued from prior page:

Protection Against New and Emerging Threats (Solution Paper), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. ATC's monitoring discipline is "based on monitoring processes and system events, and tagging of suspicious activities." *Id.* Processes that fall outside the validated/Application-Reputation-clean set are subjected to continuous kernel-level monitoring through ATC, PI, and the kernel callback and minifilter surfaces described above.

| | |
|---|---|
| | system kernel: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. |
| **14[a]: "identifying an allowed program that is permitted to execute on the computing device;"** | The GravityZone Platform meets the requirement "identifying an allowed program that is permitted to execute on the computing device" literally or under the doctrine of equivalents.<br><br>The accused product identifies allowed programs that are permitted to execute on the computing device through its Application Control allow-list. The allow-list is populated by, including, but not limited to, manually authored process-start rules and default-whitelisted system processes: "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. In Production Mode, "Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *Id.*<br><br>The accused product builds and maintains an Application Inventory as the reference set of allowed programs. "Applications and processes running in your environment are automatically detected during the discovery phase." *See* Bitdefender, Application Control for Business, https://www.bitdefender.com/en-us/business/gravityzone-platform/application-control. New applications are added to the inventory automatically: "New applications discovered each time you run the Application discovery task are automatically placed in the Ungrouped Applications folder." *See* Bitdefender, Application inventory, https://www.bitdefender.com/business/support/en/77212-155236-application-inventory.html. Administrators may also explicitly authorize specific applications and processes by hash, signing certificate thumbprint, or path. "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *See* Bitdefender, Application Control, |

17

| | |
|---|---|
| | https://www.bitdefender.com/business/support/en/77212-342956-application-control.html.<br><br>The allowed program is identified, in part, by the cryptographic hash of the executable file. "To authorize an application based on hash" the administrator selects "Hash" as the "Authorization method" and enters a hash value as the "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The hash is computed from the application's executable file by Bitdefender's Fingerprint tool: "Fingerprint, to obtain the custom value of the hash." *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html. Hash-based identification is integrity-sensitive by definition: "Hash functions are used to protect data integrity because they are deterministic, collision-resistant functions." *See* Bitdefender, What is Hashing, https://www.bitdefender.com/en-us/business/infozone/what-is-hashing.<br><br>The allowed program is alternatively, or in conjunction (rule conditions are joined by logical AND), identified by signing-certificate thumbprint. "To authorize based on a certificate" the administrator selects "Certificate" as the "Authorization method" and enters a certificate thumbprint as the "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The thumbprint is obtained from the signed application file using Bitdefender's Thumbprint tool. *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html.<br><br>The allowed program is also identified by path-based authorization. "To authorize an application from a specific path" the administrator selects "Path" as the "Authorization method" and specifies the path under "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Path-based authorization can be combined with hash and/or certificate authorization within the same rule, with conditions matched by logical AND. |

| 14[b]: "receiving a signal that a new program is going to be executed on the computing device;" | The GravityZone Platform meets the requirement "receiving a signal that a new program is going to be executed on the computing device" literally or under the doctrine of equivalents. |
|---|---|
| | The BEST agent receives a signal that a new program is going to be executed on the computing device through Application Control's process-start gating, which evaluates each process at start: "Processes that are already running when the Application Control is set to Production Mode will be blocked after the next process restart." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. |
| | The signal is delivered to the agent through Windows kernel callbacks and minifilter drivers registered by BEST. "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The agent registers operating-system-provided notify routines, including, but not limited to, "callback types such as PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by an attacker," which fire when a new image is mapped for execution and when new processes and threads are created. *Id.* |
| | GravityZone has a dedicated pre-execution detection layer that fires when a new program is being executed. "HyperDetect™ Blocks Attacks at Pre-execution" and "Bitdefender Sandbox Analyzer provides pre-execution detection of advanced attacks by automatically sending files that require further analysis to the cloud sandbox, then takes remediation action based on the findings." *See* Bitdefender, GravityZone Workstation Security, https://www.bitdefender.com/en-us/business/products/workstation-security. HyperDetect itself is "an additional layer of security specifically designed to detect advanced attacks and suspicious activities in the pre-execution stage." *See* Bitdefender, HyperDetect, https://www.bitdefender.com/business/support/en/77212-376313-hyperdetect.html. |

19

*Source excerpt: GravityZone HyperDetect event-log entry recording "Hyper Detect has detected a threat. The file was moved to quarantine." for the paranoia.1.1.exe malware. Source:* [*https://www.bitdefender.com/business/support/en/77212-376313-hyperdetect.html*](https://www.bitdefender.com/business/support/en/77212-376313-hyperdetect.html).

GravityZone's On-Execute policy surface configures load-time interception. "In the Antimalware > On-Execute section of the policy, you can configure protection against malicious processes, when they are executed". *See* Bitdefender, On-Execute, [https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html](https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html). The kernel-mode Process Introspection component receives operating-system triggers that fire when a new program is being executed: Process Introspection "operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, [https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html](https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html).

Process Introspection's receipt of operating-system signals extends to additional OS-generated process operations beyond the launch moment. "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, [https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html](https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html).

The signal-receipt occurs at the kernel level: "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *See* Bitdefender TechZone, Process Protection, [https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html](https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html).
Bitdefender's Callback Evasion Detection capability additionally monitors "callbacks from Bitdefender drivers, such as the Advanced Threat Control driver, Network Attack Detection

driver, or Firewall driver" — i.e., the same kernel-driver callback registrations through which the agent receives operating-system signals when new programs are loaded for execution. *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html.

Advanced Threat Control independently receives operating-system-generated signals tied to running and newly executing programs. "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Bitdefender, GravityZone — Advanced Threat Control administrator guide, https://www.bitdefender.com/business/support/en/77212-376309-advanced-threat-control.html. ATC's receipt of OS-generated signals is "based on monitoring processes and system events, and tagging of suspicious activities." *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging Threats (Solution Paper), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. The kernel-mode posture of ATC's signal-receipt is established by the same architectural description that governs PI: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. Each enumerated runtime behavior — code injection, process replication, file drops, process-list concealment — is a discrete OS-generated event that ATC's driver receives, and the same kernel-driver registration delivers the program-execution signal at process creation and module loading.

GravityZone separately receives OS-generated file-system and registry signals through kernel-mode minifilter drivers. "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering." *See*

| | |
|---|---|
| | Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The set of OS-event categories the architecture monitors is expressly enumerated: "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *Id.* Process creation and image loading are precisely the operating-system events that fire when a new program is going to be executed. |
| **14[c]: "suspending the execution of the new program on the computing device;"** | The GravityZone Platform meets the requirement "suspending the execution of the new program on the computing device" literally or under the doctrine of equivalents. |
| | The execution of the new program is suspended on the computing device pending Application Control's identity check. In Production Mode, "Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The block is enforced at process start, holding execution while the rule evaluation occurs: "Processes that are already running when the Application Control is set to Production Mode will be blocked after the next process restart." *Id.* |
| | The suspension is implemented through the kernel-mode minifilter that intercepts process and registry handles. "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. |
| | Testing of GravityZone's execution gating corroborates that the suspension holds at process start. "From what I verified, we can block the execution of a software both by the absolute path and by the Hash (MD5/SHA). I used an EDR test file without changes and it was blocked; however after I used the program" MD5-Hash-Changer "to change the hash value of the .exe, I was able to run |

| | |
|---|---|
| | it without major problems." *See* Bitdefender Community, Gravity Zone Software Execution Policy Bypass, https://community.bitdefender.com/en/discussion/99442/gravity-zone-software-execution-policy-bypass.<br><br>The suspension is implemented through Process Introspection's in-line security checks at process creation and module loading. "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone,                         Process                         Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *Id.* |
| **14[d]: "determining whether the new program is the same as the allowed program;"** | The GravityZone Platform meets the requirement "determining whether the new program is the same as the allowed program" literally or under the doctrine of equivalents.<br><br>The GravityZone Platform determines whether the new program is the same as the allowed program through Application Control's identity-based comparison. "Application Control enforces flexible policies that allow you to whitelist applications and manage the update permissions." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The comparison is performed using integrity-based identifiers, including, but not limited to, executable hash, signing-certificate thumbprint, or path: "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *Id.*<br><br>Application Control determines whether the new program is the same as the allowed program, in part, by computing and matching the cryptographic hash of the executable file. "To authorize an application based on hash" the administrator selects "Hash" as the "Authorization method" and enters a hash value as the "Authorization identifier". *See* Bitdefender, Application Control, |

| | https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The hash is computed from the application's executable file by Bitdefender's Fingerprint tool: "Fingerprint, to obtain the custom value of the hash." *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html. Hash-based determination is integrity-sensitive by definition: "Hash functions are used to protect data integrity because they are deterministic, collision-resistant functions." "Any change to the input, even of a single bit, should produce a significant and easily detectable change in the output." *See* Bitdefender, What is Hashing, https://www.bitdefender.com/en-us/business/infozone/what-is-hashing. |
|---|---|
| | Application Control alternatively, or in conjunction (rule conditions are joined by logical AND), determines identity by signing-certificate thumbprint. "To authorize based on a certificate" the administrator selects "Certificate" as the "Authorization method" and enters a certificate thumbprint as the "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. The thumbprint is obtained from the signed application file using Bitdefender's Thumbprint tool. *See* Bitdefender, Application Control tools, https://www.bitdefender.com/business/support/en/77212-95330-application-control-tools.html. |
| | Application Control also supports path-based identity determination. "To authorize an application from a specific path" the administrator selects "Path" as the "Authorization method" and specifies the path under "Authorization identifier". *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Path-based authorization can be combined with hash and/or certificate authorization within the same rule, with conditions matched by logical AND. |
| | Testing of GravityZone's hash-based execution policy corroborates the integrity-sensitive identity determination: an unmodified executable matched the rule and was blocked, and after the executable's bytes were altered—thereby changing its hash—it no longer matched the rule. "From what I verified, we can block the execution of a software both by the absolute path and by |

24

| | |
|---|---|
| | the Hash (MD5/SHA). I used an EDR test file without changes and it was blocked; however after I used the program" MD5-Hash-Changer "to change the hash value of the .exe, I was able to run it without major problems." *See* Bitdefender Community, Gravity Zone Software Execution Policy Bypass, https://community.bitdefender.com/en/discussion/99442/gravity-zone-software-execution-policy-bypass. |
| | GravityZone separately performs hash-based file-integrity comparison through Integrity Monitoring, which corroborates that Bitdefender designs and operates GravityZone to detect file modification. "GravityZone uses file hashes to help identify known malware attempting to infect a computer." *See* Bitdefender, What is Hashing, https://www.bitdefender.com/en-us/business/infozone/what-is-hashing. GravityZone's dedicated Integrity Monitoring module "reviews and validates changes made on Windows and Linux endpoints to assess the integrity of multiple entities." *See* Bitdefender, Integrity Monitoring, https://www.bitdefender.com/business/support/en/77209-376314-integrity-monitoring.html. |
| | GravityZone's On-Execute policy surface and kernel-mode Process Introspection component perform identity-determining checks at the load moment. Process Introspection "operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. The kernel-mode posture is documented expressly: "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *Id.* |
| **14[e]: "if the new program is the same as the allowed program, permitting the new program to execute on the computing device; and"** | The GravityZone Platform meets the requirement "if the new program is the same as the allowed program, permitting the new program to execute on the computing device" literally or under the doctrine of equivalents. |
| | If the new program is the same as the allowed program, the GravityZone Platform permits the new program to execute on the computing device. In Application Control's Production Mode, |

| | |
|---|---|
| | "Production Mode. Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. |
| | Validated/allowed programs are additionally exempted from on-execution monitoring by ATC. "Advanced Threat Control continuously monitors all running applications and processes. To extend the flexibility and performance there are some exceptions:" The exceptions include, but are not limited to, "White-listed processes that are specifically excluded from monitoring by the user" and "Validated system processes that have been tagged by Bitdefender Application Reputation to be clean." *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging Threats (Solution Paper, 2015), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. |
| | Validated/allowed programs that have been "Validated system processes that have been tagged by Bitdefender Application Reputation to be clean." are additionally permitted to execute and are exempt from on-execution monitoring under ATC. "Bitdefender Advanced Threat Control is a proactive and dynamic detection technology, based on monitoring processes and system events, and tagging of suspicious activities." *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging Threats (Solution Paper, 2015), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. |
| | The permit decision is keyed to the same identifier apparatus used to determine whether the new program is the same as the allowed program. Application Control allows administrators to authorize specific applications and processes "based on the hash of the executable, signing certificate thumbprint and application path." *See* Bitdefender, Application Control for Business — GravityZone Platform, https://www.bitdefender.com/en-us/business/gravityzone-platform/application-control. |

26

| | |
|---|---|
| **14[f]: "if the new program is not the same as the allowed program, monitoring the new program while allowing it to execute on the computing device,"** | The GravityZone Platform meets the requirement "if the new program is not the same as the allowed program, monitoring the new program while allowing it to execute on the computing device" literally or under the doctrine of equivalents. |

If the new program is not the same as the allowed program (i.e., the program is not whitelisted under Application Control and not Application-Reputation-tagged clean), the GravityZone Platform allows it to execute while ATC and Process Inspector continuously monitor its runtime behavior. "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Bitdefender, Advanced Threat Control, https://www.bitdefender.com/business/support/en/77212-376309-advanced-threat-control.html.



*Source excerpt: Bitdefender ATC technology overview — Step 1 ATC monitors a running process and assigns a per-process score, Step 2 ATC detects malwareapp.exe as a possible malicious application when its score reaches the threshold, Step 3 ATC notifies the user and automatically blocks the application. Source: https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf.*

Process Inspector adds a complementary monitoring layer triggered on key operations: "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading." *See* Bitdefender TechZone, Process Protection,

27

https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.   Process Inspector "It looks for behavior specific to malware and assigns a score for each process based on its action and context." *See* Bitdefender, Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector.

When the runtime behavioral score crosses the configured threshold, "If the score exceeds the threshold configured in the current profile, an action will be initiated for the application, which may involve terminating the process". *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.       The conditional structure of monitoring — monitoring runs against not-allowed/non-validated programs and is excluded for allowed/validated ones — is reflected in the documented exceptions, including "White-listed processes that are specifically excluded from monitoring by the user". *See* Bitdefender, Advanced Threat Control — Proactive Protection Against New and Emerging        Threats        (Solution        Paper,        2015), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf.

The kernel-level monitoring response to OS-generated triggers includes Process Introspection's in-line security checks at process creation and module loading: "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or     module     loading."     *See*     Bitdefender     TechZone,     Process     Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. ATC and PI together monitor process activity in real time: "ATC is a proactive and dynamic behavioral detection technology that continuously monitors process activities in real-time, including groups of processes." *Id.*

The runtime monitoring is driven by Windows kernel callbacks registered by Bitdefender drivers,     including     "callback     types     such     as     PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by

28

an attacker". *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. The accused product also routes kernel callbacks from "callbacks from Bitdefender drivers, such as the Advanced Threat Control driver, Network Attack Detection driver, or Firewall driver," which deliver the operating-system-generated triggers consumed by the runtime monitoring layer.*Id.*

GravityZone's kernel-mode runtime monitoring also operates through minifilter drivers: "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *Id.* The architecture monitors a defined set of OS-event categories at the kernel: "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *Id.*

The runtime monitoring conditional is structured as a binary. Application Control identifies authorized programs at the launch gate: "Production Mode. Application Control blocks all unknown applications. Microsoft operating system processes and Bitdefender processes are whitelisted by default. Defined whitelisted applications will be allowed to run." *See* Bitdefender, Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Authorization can be effected "based on the hash of the executable, signing certificate thumbprint and application path." *See* Bitdefender, Application Control for Business — GravityZone Platform, https://www.bitdefender.com/en-us/business/gravityzone-platform/application-control. On the runtime side, Advanced Threat Control monitors all running processes by default and excludes only a defined validated set: "Advanced Threat Control continuously monitors all running applications and processes. To extend the flexibility and performance there are some exceptions:" "Validated system processes that have been tagged by Bitdefender Application Reputation to be clean." *See* Bitdefender, Advanced Threat Control —

29

| | |
|---|---|
| | Proactive Protection Against New and Emerging Threats (Solution Paper), https://businessresources.bitdefender.com/hubfs/Bitdefender-Business-2015-SolutionPaper-ATC-93030-en_EN-web.pdf. ATC's monitoring discipline is "based on monitoring processes and system events, and tagging of suspicious activities." *Id.* Programs that fall outside the validated/Application-Reputation-clean set are subjected to continuous kernel-level monitoring through ATC, PI, and the kernel callback and minifilter surfaces described above.

ATC and PI together produce a process score during runtime monitoring: "Both ATC and PI contribute to determining this process score, with each suspicious behavior influencing the overall rating. When this rating reaches a predefined threshold, an alarm is triggered, indicating that the process is considered highly likely to be a security threat." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. The accused product also exposes a kernel-level monitoring option in policy: "The Kernel-API Monitoring option enables advanced kernel-level monitoring, allowing the detection of unusual system behaviors and safeguarding against exploitation attempts that target system integrity." *See* Bitdefender, On-execute, https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html. |
| **14[g]: "wherein the step of monitoring the new program while allowing it to execute is performed at the operating system kernel of the computing device."** | The GravityZone Platform meets the requirement "wherein the step of monitoring the new program while allowing it to execute is performed at the operating system kernel of the computing device" literally or under the doctrine of equivalents.

The step of monitoring the new program while allowing it to execute is performed at the operating system kernel of the computing device. PI "A key distinction of PI is that it operates in kernel mode, eliminating the need for injecting user-mode components or placing hooks into protected processes." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.

The accused product additionally exposes a kernel-level monitoring option in policy: "The Kernel-API Monitoring option enables advanced kernel-level monitoring, allowing the detection |

of unusual system behaviors and safeguarding against exploitation attempts that target system integrity." *See* Bitdefender, On-execute, https://www.bitdefender.com/business/support/en/77209-342932-on-execute.html. The monitoring stack also includes a kernel-mode ATC driver and related kernel-mode components, including, but not limited to, "callbacks from Bitdefender drivers, such as the Advanced Threat Control driver, Network Attack Detection driver, or Firewall driver". *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html.

The kernel-mode posture is documented at the architecture level: "ATC and PI use a mix of user-mode and kernel-mode integrations to enhance performance, stability, and minimize the attack surface." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. GravityZone's kernel-mode monitoring also operates through minifilter drivers: "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering." *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. "To stop malicious processes from modifying our security solutions, we use a minifilter driver to actively monitor the handles of new processes and the registry." *Id.* The architecture monitors a defined set of OS-event categories at the kernel: "CBE goes beyond monitoring callbacks for suspicious activity like process creation, image loading, registry or file modifications." *Id.*

The kernel-mode monitoring is driven by Windows kernel callbacks registered by Bitdefender drivers, including "callback types such as PsSetLoadImageNotifyRoutine, PsSetCreateThreadNotifyRoutine, and CmRegisterCallback have been removed or disabled by an attacker" — a condition presupposing that those named callback types are registered by Bitdefender's kernel-mode drivers. *See* Bitdefender TechZone, Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-

31

| | detection-evasion.html. |
|---|---|