# EXHIBIT G

# Exhibit G

## Infringement Claim Chart — U.S. Patent No. 8,327,441

System and Method for Application Attestation

**Bitdefender GravityZone Platform**

| Claim 1 | Bitdefender GravityZone Platform |
| --- | --- |
| **1[Pre]**. A method of | To the extent the preamble is limiting, the Bitdefender GravityZone Platform[1] meets the requirement “A |

[1] “Bitdefender GravityZone Platform” refers to Bitdefender's endpoint-protection EDR/XDR/MDR, attack-surface-reduction, risk-management, behavioral-monitoring, runtime-risk-identification-and-scoring, threat-prevention, file-execution-analysis (static, dynamic, and sandbox-based), mobile-threat-defense, mobile-device-management-and-integration, incident-investigation, telemetry, and enforcement functionality, including without limitation: (i) the GravityZone management console (Control Center); (ii) the Bitdefender Endpoint Security Tools (BEST) endpoint agent and its security modules, including without limitation Process Inspector / Advanced Threat Control, HyperDetect, Network Attack Defense, Sandbox Analyzer (and its Sandbox Prefilter), Anti-Phishing and Web Threat Protection, Antimalware modules, Content Control, and Device Control; (iii) the GravityZone EDR/XDR/MDR sensor and correlation framework, Incident Advisor, Root Cause Analysis, Severity Score, Risk Management module, Company Risk Score, Indicators of Risk catalog, and Proactive Hardening and Attack Surface Reduction (PHASR); (iv) the GravityZone Security for Mobile add-on (Mobile Threat Defense / MTD) and its Mobile Security console, the on-device GravityZone Mobile Client / MTD application installable on iOS, iPadOS, Android (including Samsung Knox), and Chromebook devices, the Bitdefender Security for Chrome browser extension on ChromeOS, and the on-device local VPN; (v) the rule and policy constructs across the platform, including without limitation the Threat Policy, Apps Policy, Phishing and Web Content Policy, and Samsung Knox MTD Policy on the mobile side, and the EDR Custom Detection rules, YARA detection rules, Integrity Monitoring rules, assessment policies and policy databases, rules databases, MITRE ATT&CK technique mapping, and Bitdefender Global Protective Network threat-intelligence feeds; and (vi) integrations with third-party MDM/UEM systems, SIEM systems, and the Google Admin Console for ChromeOS deployment, together with all related cloud services, agents, sensors, alerts, incidents, reports, dashboards, databases, APIs, telemetry stores, and management components.

| | |
|---|---|
| providing an attestation service for an application at runtime executing on a computing platform using an attestation server, comprising: | method of providing an attestation service for an application at runtime executing on a computing platform using an attestation server, comprising" literally or under the doctrine of equivalents.<br><br>GravityZone provides a runtime risk-evaluation service for application programs running on managed endpoints, performed by a remote, cloud-resident attestation back-end (the GravityZone Cloud Control Center) and a single-agent endpoint stack (Bitdefender Endpoint Security Tools, or BEST) that executes on the computing platform. "GravityZone is a multilayered security solution that provides enhanced attack protection by leveraging an extensive set of system-hardening, threat-prevention, and detection technologies, as well as machine learning and behavioral analysis." *See* Welcome to GravityZone, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-79436-welcome-to-gravityzone.html. Architecturally, "GravityZone integrates a single-agent architecture to unify Risk Management, Endpoint Protection (EPP), and XDR across physical, virtual, and cloud environments. This platform automates cross-domain correlation to streamline incident investigation and response." *See* GravityZone Platform – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html.<br><br><br><br><br>*Source excerpt: GravityZone unified platform architecture, depicting the single-agent endpoint stack (BEST), the* |

| | |
|---|---|
| | *cloud-resident GravityZone Control Center, MDR, Sandbox Analyzer, Global Protective Network, and the endpoint / datacenter / cloud / IoT scope of coverage. Source: https://techzone.bitdefender.com/en/gravityzone-platform.html.*<br><br>The runtime risk-assessment workflow integrates EDR/XDR correlation across endpoints. "GravityZone integrates EDR and native XDR to correlate telemetry across endpoints, network, and cloud. This architecture utilizes the Incident Advisor and a centralized correlation engine to provide cross-domain visibility and automated root cause analysis." *See* EDR XDR and MDR overview – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. |
| **1[a]**: receiving, by the attestation server remote from the computing platform: | The GravityZone Platform meets the requirement "receiving, by the attestation server remote from the computing platform" literally or under the doctrine of equivalents.<br><br>The remote GravityZone Cloud receives both a runtime execution context and a security context from the BEST agent operating on the local computing platform. GravityZone is architected as a single-agent stack on the endpoint with a remote cloud-resident back-end, "GravityZone integrates a single-agent architecture to unify Risk Management, Endpoint Protection (EPP), and XDR across physical, virtual, and cloud environments. This platform automates cross-domain correlation to streamline incident investigation and response." *See* GravityZone Platform – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html. The cloud-side correlation back-end is remote from the computing platform on which the application runs. "The central correlation engine brings together detections from all sensors into a unified Incident Advisor view. Each sensor also provides additional incident response actions that can be taken to disrupt the attack chain during the investigation." *See* EDR XDR and MDR overview – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. |
| **1[b]**: a runtime execution context indicating attributes of the | The GravityZone Platform meets the requirement "a runtime execution context indicating attributes of the application at runtime" literally or under the doctrine of equivalents. |

| | |
|---|---|
| application at runtime, | The remote GravityZone Cloud receives a runtime execution context indicating attributes of the application at runtime — including, but are not limited to, running processes, network connections, registry changes, user behavior, and module activity tied to executing binaries. The Endpoint Sensors collect this runtime telemetry from the BEST agent and forward it to the cloud. "The Endpoint Sensors (known as Incident Sensors) actively collects data from BEST agent components such as Network Attack Defense or Fileless Protection and monitors endpoint activity, including running processes, network connections, registry changes, and user behavior." *See* Sensors – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. *See* element 1[c]; Process Introspection observes runtime operations expressly including, but not limited to, "Loading certain modules (DLLs) that can be used for malicious purposes (for example network communication to C2, or ransomware encryption via crypt APIs)" *See* Process Protection – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.<br><br>The metadata collected by the Endpoint Sensors is forwarded to the cloud-side correlation engine for analysis. "This collected data (Endpoint Sensor collects only metadata not real user data) is then analyzed using correlation engine to identify threats or in-progress attacks." *See* Sensors – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html.<br><br>The runtime telemetry collected at the endpoint and analyzed at the GravityZone level expressly includes system-level events tied to the binaries and components in execution. "The Correlation Engine for EDR actively collects data from BEST components such as Network Attack Defense or Fileless Protection and OS events such as file manipulation, process creation, or registry interaction. Anomaly Detection, a key component within the Correlation Engine, is trained individually on each customer's system at both the endpoint and GravityZone levels." *Id.*<br><br>The runtime execution context the GravityZone Cloud receives includes per-process attribute fields that go beyond the executable file binaries covered in element 1[c]. For Process create events in the public Security Telemetry SIEM schema, each event identifies — for the running application — the command line that started the process, the process identifier, the user identity who started the process, the process |

| | |
|---|---|
| | integrity level, whether the process ran with elevated privileges, and the application's MITRE attack and techniques mapping. The schema specifies: "The command line that started the process." *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html. The schema also captures "The user who started the process." *Id.* It records "The process integrity level." *Id.* and "Indicates whether the process ran with elevated privileges." *Id.* The schema additionally includes the MITRE technique mapping for the running application: "This field contains the following information related to Mitre attack and techniques:" *Id.* Each of these is an attribute of the application at runtime, captured per-event by the runtime telemetry stream sent by the BEST agent to the cloud.<br><br>The runtime telemetry stream covers a broad set of event categories. The schema groups events by type: "This section explains what information security agents send to the SIEM solution (Splunk). The information is grouped by event type." *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html. The supported event types include, but are not limited to, Process create, Terminate process, Network connection, Logon, Logoff, Create file, Delete file, Modify file, Read from file, Move file, Registry create / delete / modify, and DNS query. The DNS query event identifies "The path of the process that initiated the DNS query." *Id.* The file events identify the responsible process by hash, e.g., "The SHA256 hash of the process that generated the file" *Id.* The breadth of event types confirms that GravityZone collects a comprehensive set of runtime attributes of the running application — not limited to executables and loaded components — and forwards all of these attributes to the cloud as the runtime execution context. |
| **1[c]**: wherein the attributes comprise one or more executable file binaries of the application and loaded components of | The GravityZone Platform meets the requirement "wherein the attributes comprise one or more executable file binaries of the application and loaded components of the application" literally or under the doctrine of equivalents.<br><br>The attributes received as the runtime execution context include (i) one or more executable file binaries of the application — i.e., the executable files associated with the running application — and (ii) loaded |

| | |
|---|---|
| the application; and | components of the application — i.e., the modules, libraries, processes, and behaviors loaded by or with the running application. The Endpoint Sensors and Correlation Engine for EDR identify and forward exactly these categories of attributes, including file manipulation, process creation, and registry interaction events tied to the application's binaries and loaded components. "The Correlation Engine for EDR actively collects data from BEST components such as Network Attack Defense or Fileless Protection and OS events such as file manipulation, process creation, or registry interaction. Anomaly Detection, a key component within the Correlation Engine, is trained individually on each customer's system at both the endpoint and GravityZone levels." *See* Sensors – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. *See* element 1[b].<br><br>The public Security Telemetry feed sent by GravityZone's endpoint security agent to subscribing SIEM solutions confirms, on the face of the schema, that the runtime execution context received by GravityZone identifies the application's executable file binary on every event and identifies parent/child component linkage. The schema groups events by type: "This section explains what information security agents send to the SIEM solution (Splunk). The information is grouped by event type." *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html.<br><br>For the Process create event type, the schema captures the application's executable file binary by file path and content hash. The schema's process_path field is "The process path" *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html. The process_md5 field is "The MD5 hash of the process" *Id.* And the process_sha field is "The SHA256 hash of the process that generated the file" *Id.* The schema also captures the command line that started the process: "The command line that started the process." *Id.*<br><br>For each Process create event, the schema additionally captures the parent process — the executable that launched the application — establishing parent/child component linkage. The parent_process_path field records "The file path of the parent process" *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security- |

| | |
|---|---|
| | telemetry-events-sent-to-siem.html. The parent_cmdline field records "The command line that started the parent process." *Id.* And the parent_pid field records "The parent process identifier" *Id.* These parent-process fields, together with the per-event executable identification fields above, identify both the application's binary and its parent/child component linkage.<br><br>The same per-event executable identification fields are present, in the public schema, across additional event types beyond process creation. File create events carry the responsible process's hash: "The MD5 hash of the process that generated the file" *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html. and "The SHA256 hash of the process that generated the file" *Id.* File delete events similarly carry the deleting process's hash: "The SHA256 hash of the process that deleted the file" *Id.* Network connection events carry the originating process together with the direction of the connection: "Indicates where the network connection originated, whether it was inbound or outbound." *Id.* and the operation type: "Indicates the type of network operation performed." *Id.* DNS query events carry the initiating process's path and name: "The path of the process that initiated the DNS query." *Id.* and "Name of the process that initiated the DNS query" *Id.*<br><br>The runtime execution context received by GravityZone's cloud back-end thus comprises (a) the executable file binary of the application, identified per-event by file path, MD5, and SHA-256, and (b) loaded executable components in the form of child processes, files dropped or modified by the running process, and the parent executable that launched the application. See element 1[b] (broader runtime-attribute coverage).<br><br>In addition to the public Security Telemetry feed, GravityZone's Process Introspection layer observes loaded components of the running application at runtime, including categories that go beyond the SIEM schema. "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading. Through these checks, we can determine whether an operation occurred within a malicious context or if a process has been compromised." *See* Process Protection – Bitdefender TechZone, techzone.bitdefender.com, |

| | |
|---|---|
| | https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. The key operations Process Introspection inspects expressly include, but are not limited to: "Loading certain modules (DLLs) that can be used for malicious purposes (for example network communication to C2, or ransomware encryption via crypt APIs)" *Id.* "Loading kernel mode modules (drivers)" *Id.* "Creation of a new thread (either in the same process or in an external process)" *Id.* "Injection of code into another process" *Id.* and "Creation of child process (for example remote code execution vulnerability)" *Id.* Process Introspection therefore observes and reports the loaded components of the running application — DLLs, kernel-mode drivers, threads, injected code, and child processes — at runtime, supplying the cloud-resident attestation back-end with information about those components.   *Source excerpt: Process Introspection observing a malicious-executable attack chain — process hollowing, file enumeration, SAM-registry access, security-solution disabling, and the key operations (process creation, module load, thread start, socket open, etc.) — that ATC then terminates. Source:* |

| | |
|---|---|
| | *https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.*<br><br>The downstream execution-analysis layers further confirm that the runtime telemetry observed at the endpoint is treated as a function of the executable file binary and its loaded components: the Process Inspector "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies. Built-in advanced analytics to monitor and detect process behavior like Operating System (OS) security by-pass and memory corruption." *See* Process Inspector – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. HyperDetect similarly analyzes embedded code, scripts, and obfuscated content associated with the running application. "HyperDetect contains machine learning models and stealth attack detection technology. An additional layer of security protection, HyperDetect uncovers and analyzes embedded code in files or attachments, obfuscated scripts, web content, and URLs that may bypass static and native defenses." *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. |
| **1[d]**: a security context providing security information about the application, | The GravityZone Platform meets the requirement "a security context providing security information about the application" literally or under the doctrine of equivalents.<br><br>The remote GravityZone Cloud receives a security context that provides security information about the application from a plurality of GravityZone's execution-analysis layers, operating individually or together as collaboration services that inspect the running application and forward security information to the cloud-resident attestation back-end. Those collaboration-service layers include, but are not limited to, the BEST agent's Process Inspector module, HyperDetect, Advanced Threat Control, and Sandbox Analyzer, together with the Correlation Engine's Anomaly Detection component. *See* element 1[b] (runtime execution context); *see also* the per-module security information described below.<br><br>The security context the GravityZone Cloud receives includes evaluations and behavioral or predictive analytics derived from inspection of the application over time. The Anomaly Detection component within the Correlation Engine produces this kind of analytic security information about the running application: |

| | |
|---|---|
| | "The Correlation Engine for EDR actively collects data from BEST components such as Network Attack Defense or Fileless Protection and OS events such as file manipulation, process creation, or registry interaction. Anomaly Detection, a key component within the Correlation Engine, is trained individually on each customer's system at both the endpoint and GravityZone levels." *See* Sensors – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html.<br><br>The remote GravityZone Cloud also receives a security context providing security information about the application. The security context is derived from GravityZone's execution-analysis layers, including, but are not limited to, the Process Inspector, HyperDetect, and Advanced Threat Control modules, which operate individually or together to inspect the application at runtime and report the resulting security information to the cloud. The Process Inspector performs runtime behavioral analysis of the running binaries and tags suspicious activities. "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies. Built-in advanced analytics to monitor and detect process behavior like Operating System (OS) security by-pass and memory corruption." *See* Process Inspector – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector.<br><br>HyperDetect contributes an additional layer of security information by uncovering and analyzing embedded code, scripts, and obfuscated content associated with the running application. "HyperDetect contains machine learning models and stealth attack detection technology. An additional layer of security protection, HyperDetect uncovers and analyzes embedded code in files or attachments, obfuscated scripts, web content, and URLs that may bypass static and native defenses." *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect.<br><br>Advanced Threat Control continuously evaluates running processes and reports the resulting security observations. "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space |

(hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Advanced Threat Control, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html.

GravityZone's execution-analysis collaboration services span all three modalities the patent expressly identifies as canonical for the security context: static, dynamic, and virtual analysis of the executable file binaries and the loaded components. HyperDetect performs pre-execution static analysis of files and embedded code; the Process Inspector and Advanced Threat Control perform on-execution and post-execution dynamic analysis of running processes and their loaded components; and Sandbox Analyzer performs virtual analysis by detonating suspicious files in an isolated virtual environment: "GravityZone integrates Sandbox Analyzer to provide high fidelity detonation of suspicious files in isolated environments. This architecture utilizes virtual machine introspection and anti-evasion techniques to generate automated IoCs for zero-day threats." *See* Sandbox Analyzer – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html. The Sandbox service further provides a "controlled environment for dynamic inspection by meticulously recording and analyzing all system changes during execution" *Id.*

*Source excerpt: GravityZone's overlapping defense-in-depth security modules across the attack progression — Network Protection, Antimalware, Sandbox, Process Monitor, Fileless Protection, Exploit Protection, and EDR — operating at Source / On-Access / Pre-Execution / Execution / Post-Execution / Post-Breach detection layers.*

| | |
|---|---|
| | *Source: https://techzone.bitdefender.com/en/gravityzone-platform.html.*<br><br>The security information the GravityZone Cloud receives carries graded risk signals indicating the level of risk (or confidence) associated with running the application. Process Inspector tags suspicious activities during runtime (see Process Inspector paragraph above). Advanced Threat Control grades suspicious behaviors (see ATC paragraph above), and HyperDetect produces graded outputs that distinguish high-risk from low-risk threats: "HyperDetect finds high-probability, high-impact attacks while minimizing false positives on lower-risk threats." *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect.<br><br>Taken together, the security context received by the GravityZone Cloud is introspection-based: it is derived from inspection of the running application by Process Inspector, HyperDetect, Advanced Threat Control, Sandbox Analyzer, and the Correlation Engine's Anomaly Detection component, including, but are not limited to, behavioral and predictive analytics drawn from historic state information and measurements sampled during the application's execution. *See* element 1[e] (the security information also includes execution analysis of the executable file binaries and the loaded components). |
| **1[e]**: wherein the security information comprises an execution analysis of the one or more executable file binaries and the loaded components; | The GravityZone Platform meets the requirement "wherein the security information comprises an execution analysis of the one or more executable file binaries and the loaded components" literally or under the doctrine of equivalents.<br><br>The security information comprises an execution analysis of the executable file binaries and the loaded components of the application. The execution analysis the GravityZone Cloud receives spans static, dynamic, and virtual analysis modalities — operating individually or together — and reaches both the executable file binaries (the application's compiled program files) and the loaded components (the modules, libraries, scripts, processes, and other in-process code the application loads at runtime). *See* element 1[d] (security context); *see also* element 1[c] (the runtime execution context the cloud receives expressly identifies the executable file binaries and includes Process Introspection observation of loaded modules, drivers, threads, and child processes).<br><br>The execution analysis the GravityZone Cloud receives includes static analysis of the executable file |

| | |
|---|---|
| | binaries and embedded code of the application. HyperDetect performs pre-execution static analysis: "HyperDetect contains machine learning models and stealth attack detection technology. An additional layer of security protection, HyperDetect uncovers and analyzes embedded code in files or attachments, obfuscated scripts, web content, and URLs that may bypass static and native defenses." *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. The Sandbox Analyzer Prefilter likewise performs static analysis of files before any detonation: "The Prefilter service - runs a quick series of scans and analyzes files using various algorithms." *See* Sandbox Analyzer – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html. The Sandbox Prefilter "focuses on executables, documents, and archives as their primary targets for analysis" *Id.*<br><br>The execution analysis also includes virtual analysis — running the executable file binary inside a controlled, isolated environment and observing its behavior — squarely within the virtual analysis modality that dependent claim 4 expressly enumerates. GravityZone's Sandbox Analyzer performs this virtual execution analysis: "GravityZone integrates Sandbox Analyzer to provide high fidelity detonation of suspicious files in isolated environments. This architecture utilizes virtual machine introspection and anti-evasion techniques to generate automated IoCs for zero-day threats." *See* Sandbox Analyzer – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html. The Sandbox service further provides a "controlled environment for dynamic inspection by meticulously recording and analyzing all system changes during execution" *Id.* |



*Source excerpt: Sandbox Analyzer Prefilter and Sandbox-detonation flow — files entering the Prefilter undergo reputation analysis, multiple unpacking tools, URL extraction, antimalware engine, and machine-learning scans; files marked unknown are sent to the Sandbox for machine-learning, code similarities, memory analysis, behavioural analysis, deceptive technologies, and forensics-information analysis. Source: https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html.*

The execution analysis further includes dynamic analysis — observing the executable file binary as it actually runs and judging its runtime behavior — covering the application's binaries and the loaded components active in its process address space, as the next three paragraphs describe.

The Process Inspector performs on-execution and post-execution analysis of the running process, "Bitdefender significantly increases the on and post-execution detection rate of evasive or new malware, by continuously monitoring a process and analyzing behavior characteristics instead of signature or binary or code fingerprints." *See* Process Inspector – Bitdefender GravityZone, www.bitdefender.com,

| | |
|---|---|
| | https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector.<br><br>HyperDetect performs a complementary execution analysis by extracting meanings and instructions from command lines and scripts associated with the running application and correlating suspicious behaviors generated by multiple processes. "Bitdefender HyperDetect extracts meanings and instructions from command lines and scripts to work in conjunction with on-access and on-execution technology for fileless attacks. It runs behavior analytics and correlates suspicious behavior generated by multiple processes." *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect.<br><br>Advanced Threat Control likewise performs an execution analysis that grades the runtime behaviors of the executing binary and its loaded components, raising the process rating when behaviors associated with malicious execution are observed. "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Advanced Threat Control, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html.<br><br>GravityZone's dynamic execution analysis reaches loaded components of the running application at the per-injection-event level. The heuristics implemented in the Advanced Threat Control / Process Inspector layer expressly target process-injection events that operate on or against loaded modules: "Heuristics for process injection – process hollowing, DLL or thread injections, reflecting DLL injections" *See* Process Protection – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. Each of these heuristic targets — process hollowing, DLL injection, thread injection, and reflective DLL loading — is a runtime operation that executes on or transforms the loaded components of the application's process address space, so the dynamic execution analysis the GravityZone Cloud receives expressly covers loaded components as recited by claim 1[e].<br><br>The execution analysis the GravityZone Cloud receives reaches not only the executable file binaries of the |

| | |
|---|---|
| | application but also the loaded components of the application. GravityZone's Process Introspection layer observes, at runtime, the loading of DLLs, the loading of kernel-mode drivers, the creation of new threads (in the same process or in an external process), the injection of code into another process, and the creation of child processes. Those observations of the loaded components are reported to the cloud-resident attestation back-end as part of the security information for the application, and the dynamic-analysis layers (Process Inspector, ATC) grade the runtime behaviors of those loaded components alongside the parent executable. *See* element 1[c].<br><br>The execution analysis includes hash-based static identification of the executable file binary itself. GravityZone's Application Control module performs this static analysis: "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *See* Application Control, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. Application Control rules are evaluated by hash, certificate, or path: "You can authorize by path, hash or certificate." *Id.* Bitdefender supplies a Fingerprint tool for generating the executable's hash so it can be vetted as a discrete file binary: "To generate the hash value, download the Fingerprint tool." *Id.*<br><br>The execution analysis further includes memory scanning of the application's in-process code, reaching the loaded components of the running application as recited in claim 1[e]. GravityZone's scan tasks expressly include a Scan memory option: "Scan memory Select this option to scan programs running in the memory of your system." *See* Scanning for malware, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77212-36453-scanning-for-malware.html. GravityZone's on-access protection likewise scans process memory: "Process memory Scans the memory of a process to detect in-memory malicious behavior." *See* On-access, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-342930-on-access.html. Because a running process's memory contains the executable file binary plus the components loaded into the process address space (DLLs, modules, scripts, injected code), memory-scan-based static-and-runtime analysis reaches both targets the claim names. |
| **1[f]**: generating, by the | The GravityZone Platform meets the requirement "generating, by the attestation server, a report indicating |

| | |
|---|---|
| attestation server, a report indicating security risks associated with the application based on the received runtime execution context and the received security context, as an attestation result; and | security risks associated with the application based on the received runtime execution context and the received security context, as an attestation result" literally or under the doctrine of equivalents.<br><br>The cloud-resident GravityZone generates a security-risk report for the application — an incident — based on both the received runtime execution context and the received security context. The cloud-side correlation engine consumes the two streams of telemetry and consolidates them into a single incident. "The correlation engine actively analyzes raw events and alerts from Sensors to identify relationships between them and consolidate them into incidents, so you can effectively prioritize responses to the most critical ones." *See* Sensors – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. As an example, the raw-event terms contextualize runtime execution in the correlation-engine — e.g., process create, file, network connection, and DNS query events that identify the application's executable file binary and its loaded components per the public Security Telemetry SIEM schema. As an example, the alert terms provide security context — e.g., HyperDetect, Process Inspector, Advanced Threat Control, and Application Control alerts produced by GravityZone's execution-analysis layers. The cloud-side incident report (the attestation result) is therefore generated based on both inputs, as the claim requires.<br><br>The generated incident is presented to the analyst as a unified narrative of the underlying activity. "Actionable XDR: Rather than presenting a "data lake" of isolated alerts, the Incident Advisor translates complex telemetry into a clear, visual narrative of the attack. It identifies the root cause and provides guided response actions, such as host isolation or disabling compromised accounts, directly from the unified console." *See* GravityZone Platform – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html. |



*Source excerpt: Bitdefender GravityZone Incident Advisor view of an incident, with annotated regions showing the report's logical sections — What Happened, Affected Resources, Why The Incident Was Generated, How To Respond, and Which Risk Led To The Incident. Source: https://techzone.bitdefender.com/en/gravityzone-platform.html.*

The Incidents page is the cloud-side artifact that records, ranks, and renders these reports. "The Incidents section helps you filter, investigate and take actions on all security events detected by Incidents Sensor over a specific time interval." *See* Investigating Incidents, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-151142-investigating-incidents.html.

The generated report quantifies the security risks associated with the application. The incident carries a severity score that is itself a quantified expression of the cloud-side risk assessment. "Severity score - The severity score assigned to the incident." *Id.*

The severity calculation incorporates the contributing detection signals and behaviors. "When calculating

| | |
|---|---|
| | the severity of an incident we are taking into account a variety of factors, such as: The criticality of the detection that triggered the incident (every suspicious / malicious behavior has its own rating). The amount of alerts flagged by the GravityZone prevention engines on the trigger node. The prevention engine that identified the trigger alert.” *See* Severity score, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html.<br><br>Cross-correlated detections are aggregated into the unified Incident Advisor view by the central correlation engine, completing the generated attestation result for the application. “The central correlation engine brings together detections from all sensors into a unified Incident Advisor view. Each sensor also provides additional incident response actions that can be taken to disrupt the attack chain during the investigation.” *See* EDR XDR and MDR overview – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.<br><br>GravityZone separately generates a Sandbox Analyzer detonation report for files submitted to the Sandbox service — itself an attestation result for the application: “Bitdefender Sandbox Analyzer boasts a uniquely comprehensive and elegant visualization chart that delivers a complete view of each detection and its underlying context.” *See* Sandbox Analyzer – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html. Within the Sandbox Analyzer report, “users can access information about known threat actors and the family of the detected infection” *Id.* The report further “provides details on the detection process, including the security mechanism responsible for identifying the infection and submission information such as the command line, MD5 hash, and extracted data” *Id.* The report “also offers valuable insights into the behavior of the threat and its mapping to Mitre techniques” *Id.* and presents “a timeline display of the changes it attempted to make to the system, along with tree graphs depicting its interactions and structure” *Id.* The Sandbox Analyzer report — comprising threat-actor attribution, infection-family identification, the security mechanism that detected the threat, the binary’s hash and command line, MITRE technique mapping, and a timeline of system changes — is generated based on the runtime execution context the cloud receives and the security context (the Sandbox’s own virtual-execution analysis), and is delivered as the attestation result for the analyzed application. |

| | |
|---|---|
| | The runtime observations made by GravityZone's Process Introspection layer feed upstream into the cloud-side correlation engine as alerts and contributing detections, where they are consolidated by the correlation engine into the generated incident: "Process Introspection is an additional layer of protection against advanced in-memory attacks. It operates by applying advanced security checks during key operations performed by processes, such as process creation or module loading. Through these checks, we can determine whether an operation occurred within a malicious context or if a process has been compromised." *See* Process Protection – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. Process Introspection observes, at runtime, the loading of DLLs, the loading of kernel-mode modules (drivers), the creation of new threads, the injection of code into another process, and the creation of child processes. Those observations are reported to the cloud-resident attestation back-end and consolidated into the generated incident. The incident report (attestation result) generated for the application thereby reflects both the executable file binary and the loaded components of the running application observed at runtime. *See* element 1[c].<br><br>The cloud's severity score for the generated report is the downstream rollup of upstream per-detection risk grades produced by GravityZone's execution-analysis layers. The Process Inspector "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies. Built-in advanced analytics to monitor and detect process behavior like Operating System (OS) security by-pass and memory corruption." *See* Process Inspector – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. Advanced Threat Control grades suspicious behaviors, and "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc. Each suspicious behavior raises the process rating. When a threshold is reached, an alarm is triggered." *See* Advanced Threat Control, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html. HyperDetect grades attacks by impact and probability, separating high-probability/high- |

| | |
|---|---|
| | impact from lower-risk threats: “HyperDetect finds high-probability, high-impact attacks while minimizing false positives on lower-risk threats.” *See* Machine Learning – HyperDetect – Bitdefender GravityZone, www.bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. Those upstream per-detection grades are precisely what the cloud’s severity calculation rolls up: severity factors expressly include the criticality of the detection that triggered the incident — every suspicious or malicious behavior has its own rating — and the prevention engine that identified the trigger alert. The end-to-end chain therefore proves the report’s security risks are quantified from inputs on both sides of the claim: runtime execution context (binaries and loaded components observed at the endpoint) and security context (per-detection risk grades produced by execution-analysis layers). |
| **1[g]**: sending, by the attestation server, the attestation result associated with the application. | The GravityZone Platform meets the requirement “sending, by the attestation server, the attestation result associated with the application” literally or under the doctrine of equivalents.<br><br>The cloud-resident GravityZone sends and delivers the generated attestation result for the application across multiple channels, operating individually or together. The Incidents functionality is the centralized cloud-side dashboard delivered to administrators and incident-response teams. “The Incidents functionality serves as your centralized dashboard to filter, investigate, and act on security events. GravityZone retains these incidents for 90 days, providing you with a deep historical window into detections generated across your infrastructure—from EDR/XDR sensors to custom detection rules and YARA-based on-access scanning.” *See* Incident Investigation and Forensics – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html.<br><br>The incident is rendered as a customizable grid in the cloud console. “The Incidents section helps you filter, investigate and take actions on all security events detected by Incidents Sensor over a specific time interval.” *See* Investigating Incidents, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-151142-investigating-incidents.html.<br><br>GravityZone also delivers the attestation result through downstream report objects, including, but are not limited to, the HyperDetect Activity report. “Informs you about the activity of the HyperDetect module of |

| | |
|---|---|
| | Bitdefender Endpoint Security Tools. The chart in the upper side of the report page shows you the dynamics of the attack attempts over the specified period of time and their distribution by type of attack." *See* Report types, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-88549-report-types.html. <br><br>*Source excerpt: Sandbox Analyzer behavior chronology delivered to the analyst, showing the timeline of process and file actions observed during detonation — Process Run, File Write, File Copy, Network Connect, Process Create — with timestamps, target paths, MD5/SHA hashes, and kill-chain action types. Source: https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html.*<br><br>Each alert delivered with the incident identifies the underlying detection technology, the reason, and a precise timestamp, providing notice of the contents of the attestation result. "Alerts: You can review every detection triggered on the selected node, including the specific Bitdefender technology involved (e.g., HyperDetect, ATC), the exact reason for the alert, and a precise timestamp." *See* Incident Investigation and Forensics – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html.<br><br>The Incident Advisor view bundles and conveys the result back to the response team. "Incident Advisor |

| | |
|---|---|
| | simplifies incident investigation by presenting all the crucial information you need on a single page. It answers key questions like what happened, why this incident occurred, how it is impacting the organization, and what actions can be taken to minimize the business impact." *See* EDR XDR and MDR overview – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.<br><br>The GravityZone Cloud also sends the attestation result outbound to subscribing external systems through its Security Telemetry SIEM-forwarding channel — distinct from the in-console channels described above. The Bitdefender endpoint security agent forwards information about the running application — including, but not limited to, process create events, file events, network connection events, DNS query events, and registry events — to subscribing SIEM solutions: "This section explains what information security agents send to the SIEM solution (Splunk). The information is grouped by event type." *See* Security Telemetry events sent to SIEM, www.bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322695-security-telemetry-events-sent-to-siem.html. The forwarded information includes the per-event executable file binary identification fields (process_path, process_md5, process_sha) and parent/child component linkage (parent_process_path, parent_cmdline, parent_pid). The SIEM-forwarding channel sends, in machine-readable form, the same runtime-execution-context data and security-context alerts the cloud-side correlation engine consumes to generate the in-console attestation result, so the same attestation information is delivered both to in-console subscribers and to outbound machine-to-machine subscribers (third-party SIEM systems). *See* element 1[c] (per-event executable and loaded-components identification in the SIEM schema); *see also* element 1[f] (cloud-side report generation).<br><br>GravityZone also sends the Sandbox Analyzer detonation report to administrators through the GravityZone console: "users can access information about known threat actors and the family of the detected infection" *See* Sandbox Analyzer – Bitdefender TechZone, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/sandbox-analyzer.html. The Sandbox Analyzer report — comprising threat-actor attribution, infection-family identification, the security mechanism that detected the threat, the binary's hash and command line, MITRE technique mapping, and a timeline of system changes (*see* element 1[f]) — is delivered to the administrator and incident-response |

| | |
|---|---|
| | team through the GravityZone console as an additional channel for sending the attestation result associated with the application. |