# EXHIBIT H

**Exhibit H**

**Infringement Claim Chart — U.S. Patent No. 8,850,517**

Runtime Risk Detection Based on User, Application, and System Action Sequence Correlation

**Bitdefender GravityZone Platform**

| Claim 1 | Bitdefender GravityZone Platform |
|---|---|
| **1[Pre]**. A method for | To the extent the preamble is limiting, the Bitdefender GravityZone Platform[1] meets the requirement "A |

---

[1] "Bitdefender GravityZone Platform" refers to Bitdefender's endpoint-protection EDR/XDR/MDR, attack-surface-reduction, risk-management, behavioral-monitoring, runtime-risk-identification-and-scoring, threat-prevention, file-execution-analysis (static, dynamic, and sandbox-based), mobile-threat-defense, mobile-device-management-and-integration, incident-investigation, telemetry, and enforcement functionality, including without limitation: (i) the GravityZone management console (Control Center); (ii) the Bitdefender Endpoint Security Tools (BEST) endpoint agent and its security modules, including without limitation Process Inspector / Advanced Threat Control, HyperDetect, Network Attack Defense, Sandbox Analyzer (and its Sandbox Prefilter), Anti-Phishing and Web Threat Protection, Antimalware modules, Content Control, and Device Control; (iii) the GravityZone EDR/XDR/MDR sensor and correlation framework, Incident Advisor, Root Cause Analysis, Severity Score, Risk Management module, Company Risk Score, Indicators of Risk catalog, and Proactive Hardening and Attack Surface Reduction (PHASR); (iv) the GravityZone Security for Mobile add-on (Mobile Threat Defense / MTD) and its Mobile Security console, the on-device GravityZone Mobile Client / MTD application installable on iOS, iPadOS, Android (including Samsung Knox), and Chromebook devices, the Bitdefender Security for Chrome browser extension on ChromeOS, and the on-device local VPN; (v) the rule and policy constructs across the platform, including without limitation the Threat Policy, Apps Policy, Phishing and Web Content Policy, and Samsung Knox MTD Policy on the mobile side, and the EDR Custom Detection rules, YARA detection rules, Integrity Monitoring rules, assessment policies and policy databases, rules databases, MITRE ATT&CK technique mapping, and Bitdefender Global Protective Network threat-intelligence feeds; and (vi) integrations with third-party MDM/UEM systems, SIEM systems, and the Google Admin Console for ChromeOS deployment, together with all related cloud services, agents, sensors, alerts, incidents, reports, dashboards, databases, APIs, telemetry stores, and management components.

| assessing runtime risk for an application program that executes on a device, comprising: | method for assessing runtime risk for an application program that executes on a device, comprising" literally or under the doctrine of equivalents. |
|---|---|

The table body continues in the right column:

The Bitdefender GravityZone Platform integrates a single-agent endpoint stack with a cloud-resident management and analytics back-end that evaluates runtime activity for application programs executing on managed devices. GravityZone is "a multilayered security solution that provides enhanced attack protection by leveraging an extensive set of system-hardening, threat-prevention, and detection technologies, as well as machine learning and behavioral analysis." *See* Welcome to GravityZone, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-79436-welcome-to-gravityzone.html. The platform "integrates a single-agent architecture to unify Risk Management, Endpoint Protection (EPP), and XDR across physical, virtual, and cloud environments." *See* GravityZone Platform, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html.

GravityZone is built around a runtime, prevention-first orientation. The platform "is built on a preemptive security architecture, where the primary objective is to stop attacks before they reach the execution phase." *See* GravityZone Platform, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html. Process Inspector is "a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime." *See* Process Inspector, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. GravityZone Endpoint Detection and Response (EDR) "Cloud monitors endpoints to uncover suspicious activity early and provides the tools to fight off cyberattacks." *See* GravityZone Endpoint Detection and Response (EDR), bitdefender.com, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response.

On managed devices, the Bitdefender Endpoint Security Tools (BEST) agent and its protection layers — including, but not limited to, HyperDetect, Process Inspector, Advanced Anti-Exploit, Network Attack Defense, and Sandbox Analyzer — evaluate the activity of application programs in real time. Endpoint Sensors "actively collects data from BEST agent components such as Network Attack Defense or Fileless Protection and monitors endpoint activity, including running processes, network connections,

| | |
|---|---|
| | registry changes, and user behavior." *See* Sensors, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. The platform "uses a single, lightweight agent and a unified console to manage security across Windows, Linux, macOS, and mobile devices." *See* GravityZone Platform, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform.html. |
| **1[a]**: storing, in a rules database, a plurality of rules, wherein each rule identifies an action sequence; | The Bitdefender GravityZone Platform meets the requirement "storing, in a rules database, a plurality of rules, wherein each rule identifies an action sequence" literally or under the doctrine of equivalents. <br><br> The GravityZone platform stores a plurality of rules used to identify suspicious action sequences performed by application programs at runtime. The rules infrastructure includes, among other things, the PHASR Monitored Rules catalog, HyperDetect machine-learning models and Indicators of Attack, Network Attack Defense rule categories, EDR custom detection and YARA rules, the Indicators of Risk catalog used by the Risk Management module, and the Process Inspector / Advanced Threat Control behavior heuristics. <br><br> PHASR (Proactive Hardening and Attack Surface Reduction) maintains a discrete catalog of monitored rules that identify multi-action attacker behavior, with the rule catalog tunable from within GravityZone: "You can fine-tune PHASR monitored rules (750+ rules) used in Direct control mode directly from GravityZone within the PHASR monitored rules section." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR's 750+ rules implement "action-level blocking," counter "Living off the Land" (LOTL) attacks, and operate by "building per-user behavioral profiles and applying action-level blocking across 750+ rules." *Id.* PHASR's rule architecture is described as follows: "PHASR operates in two modes: Autopilot for automated policy enforcement or Direct Control for manual review, allowing you tailored protection. For precise control, you can fine-tune over 300 of PHASR's monitored rules directly within GravityZone." *See* What's New in GravityZone (April 2025, v 6.61), bitdefender.com, https://www.bitdefender.com/en-us/blog/businessinsights/new-gravityzone-features-april-2025. Each MITRE ATT&CK technique referenced in the cited documentation of these |

rules is a publicly documented multi-step attacker procedure. *See* MITRE ATT&CK Framework, bitdefender.com, https://www.bitdefender.com/en-us/business/infozone/what-is-mitre-attack-framework.

HyperDetect stores additional rules — including machine-learning models, heuristics, and Indicators of Attack — directed to multi-step attacker behavior. HyperDetect "uses machine learning and heuristic analysis to identify threats traditional antimalware modules miss, and to pinpoint infections and malware obfuscation techniques," and "contains machine learning models and stealth attack detection technology." *See* Machine Learning – HyperDetect, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. HyperDetect also "runs behavior analytics and correlates suspicious behavior generated by multiple processes." *Id.* The technology "uses a combination of supervised and unsupervised machine learning algorithms to analyze the behavior of running processes and identify any suspicious or malicious activity." *See* The Power of Algorithms and Advanced Machine Learning, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform/the-power-of-algorithms-and-advanced-machine-learning.html. HyperDetect's stealth-attack detection compares observed behavior "against MITRE® indicators of attacks, custom indicators of attacks developed by Bitdefender Labs, and user specific events." *Id.* As the term is uniformly used in the EDR/XDR industry, an Indicator of Attack is a behavior-based detection rule that fires on a sequence of attacker actions rather than on a single static artifact. *See, e.g.,* What is an Indicator of Attack (IOA)?, crowdstrike.com, https://www.crowdstrike.com/en-us/cybersecurity-101/threat-intelligence/indicators-of-attack-ioa/; Indicators of Attack (IoAs): A Complete Introduction, splunk.com, https://www.splunk.com/en_us/blog/learn/ioa-indicators-of-attack.html.

Network Attack Defense (NAD) stores rules organized into named categories that each identify a specific network-attack action sequence. NAD covers "specific network attack techniques, such as Initial Access, Block Credential Access, Block Discovery, Block Lateral Movement, or Block Crimeware." *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-management.html. The module "acts like a proxy for the FTP and SSH protocols, receiving traffic and protecting against man-in-the-middle attacks, as well as other attack types (brute-force attacks, network exploits, password stealers, drive-by-download infection vectors, bots, and Trojans)." *See* Network

| | |
|---|---|
| | Attack Defense, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-376343-network-attack-defense.html. NAD additionally inspects "incoming, outgoing, and lateral network traffic to protect against attacks like brute force attempts, port scans, password theft, and unauthorized lateral movements." *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-management.html. The named NAD categories track recognized MITRE ATT&CK tactics (Initial Access, Credential Access, Discovery, Lateral Movement), each of which is a multi-step attacker sequence under the ATT&CK framework.<br><br>EDR custom detection rules and YARA rules supply additional individually identifiable rules in the GravityZone rules infrastructure. The Investigating Incidents interface supports "Custom rules: create custom rules for exclusions or detections," and surfaces "alerts triggered by the EDR correlation engine." *See* Investigating Incidents, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-151142-investigating-incidents.html. Each such rule is individually identifiable and supports per-rule actions, including "Add as EDR Exclusion - Use this option to create a custom rule that will no longer treat this incident element as a suspicious or malicious EDR detection." *Id.* Root Cause Analysis "aggregates telemetry from automated detections (such as Malware Protection and Exploit Protection) as well as Custom Detection and YARA rules." *See* Incident Investigation and Forensics, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html.<br><br>Indicators of Risk (IOR) provide a further category of stored rules. The IOR catalog includes "a detailed description of the risk indicators available in the GravityZone Risk Management module. The risk indicators are grouped into categories, and each indicator includes its associated risk score, description, and recommended mitigation actions." *See* Indicators of Risk, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-101643-ior.html. Each indicator is individually identifiable, has its own risk score, and describes a configuration or behavior pattern observed at runtime.<br><br>Process Inspector and the Advanced Threat Control (ATC) module further illustrate the rules infrastructure. ATC "utilizes over 300 heuristics for detection," and the heuristics address multi-action |

5

behaviors including credential-access sequences ("credential dumping, access to the SAM registry database, monitoring key presses"), persistence sequences ("scheduling tasks, registering a service, adding autorun entry"), ransomware sequences ("atypical file enumeration or operations, backup deletion, known malware file extensions"), and process-injection sequences ("process hollowing, DLL or thread injections, reflecting DLL injections"). *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. ATC "leverages machine learning, which involves the analysis of more than 340 features extracted from groups of processes during their execution, including behavioral actions like API calls." *Id.* To the extent the per-heuristic structure of ATC is in dispute, the structure of each heuristic and its relationship to a particular action sequence is a question that can be confirmed in discovery through inspection of source code and engineer testimony.



*Source: https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html.*

| **1[b]**: storing, in a policy | The Bitdefender GravityZone Platform meets the requirement "storing, in a policy database, a plurality |

6

| | |
|---|---|
| database, a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules; | of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules" literally or under the doctrine of equivalents.<br><br>The GravityZone Control Center stores a plurality of assessment policies. GravityZone ships with "a default set of policy settings, that are custom tailored to meet the most common customer needs," and administrators may create additional policies through the policy management interface. *See* HyperDetect, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-376313-hyperdetect.html; Creating policies, bitdefender.com, https://www.bitdefender.com/business/support/en/77211-342907-creating-policies.html; Policies, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-322580-policies.html. Multiple policies can be created, edited, and assigned to different sets of endpoints. *Id.*<br><br>The policy is the construct used to attach rule-bearing modules to endpoints: "Policies are used to enable and configure features both on endpoints and in terms of general functionality." *See* HyperDetect, *supra*. Rule-bearing modules attach to a policy by being enabled within it. The policy designates which rule sets are active on the endpoints subject to that policy and configures their parameters; the policy and its enabled rule set are inseparable in operation, and the per-rule association between policy and rule is reflected both in the GravityZone user interface (described below) and in the underlying configuration data structures saved with each policy, which can be confirmed in source code review and engineer testimony.<br><br>EDR Custom Detection rules and YARA detection rules are created and stored within the policy / configuration construct. EDR Custom Detection rules are administered through the GravityZone Custom detection rules interface, in which the user defines a rule by specifying a "Criteria - Select the component, entity, setting, or value you want to check against the value entered under the Value field," together with an "Operator - Select the required relationship between the value selected under Criteria and the one entered under Value." *See* Custom detection rules, bitdefender.com, https://www.bitdefender.com/business/support/en/77211-396276-edr-custom-detection-rules.html. YARA rules likewise are authored within the same Custom detection rules workspace, accessed by "Go to the Incidents > Custom detection rules page from the left side menu" and "Click Add rule." *See* |

YARA detection rules, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1118491-yara-detection-rules.html. Each YARA rule has its own automatic-actions configuration (including quarantine and antimalware scan), is individually enabled or disabled by the administrator: "In the Custom detection rules table, check the boxes for the YARA rules you want to enable. Click the Change status button above the table. Click Enable." *Id.* The YARA rules operate in selectable On-Access or On-Demand modes within the policy. *Id.*

PHASR (Proactive Hardening and Attack Surface Reduction) Monitored Rules are organized and managed at the policy level, with each rule individually enumerated and tunable. PHASR provides express per-policy fine-tuning of the rule set: "You can fine-tune PHASR monitored rules (750+ rules) used in Direct control mode directly from GravityZone within the PHASR monitored rules section." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR monitored rules are surfaced from within GravityZone, where, "For precise control, you can fine-tune over 300 of PHASR's monitored rules directly within GravityZone." *See* What's New in GravityZone (April 2025, v 6.61), bitdefender.com, https://www.bitdefender.com/en-us/blog/businessinsights/new-gravityzone-features-april-2025.

HyperDetect rules — including the MITRE Indicators of Attack and Bitdefender Labs custom IOAs — are activated through and configured within each policy. HyperDetect is enabled by going to the "Go to the Antimalware > HyperDetect page" and the administrator must "Make sure the feature is enabled and that Suspicious files and network traffic option is set to Permissive," then "Save the policy." *See* HyperDetect, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-376313-hyperdetect.html. HyperDetect's classifier and remediation level configuration likewise resides under the policy: "Under Antimalware > HyperDetect, configure the module." *Id.*

Network Attack Defense rules attach to the policy through express enable-and-configure language: "Under Network attacks > Network Attack Defense, enable and configure the module." *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-

8

management.html. The broader Network Protection rule sets are likewise enabled through the policy: "Under Network Protection > General, enable and configure the module features," and "Under Network Attacks, enable and configure the module features." *See* Network Protection, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1193110-network-protection.html.

Indicators of Risk (IOR) are activated through Risk Management policies. The administrator activates IOR by clicking "the Risk Management toggle to enable the feature and start configuring policies that define how to run the Risk Scan task," and the per-policy Risk Scan tasks "can be configured in policy to run recurrently on target endpoints." *See* Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-342985-risk-management.html. Administrators "choose from a large list of indicators of risks for scanning your endpoints," with the selected indicators saved as part of the policy. *Id.*

Process Inspector and the Advanced Threat Control (ATC) module are activated and tuned within each policy: "Under Antimalware > On-execute > Advanced Threat Control, enable and configure the module. Save your policy." *See* Advanced Threat Control, bitdefender.com, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html. ATC "continuously monitors the applications running on the endpoint, looking for malware-like actions. Each of these actions is scored and an overall score is computed for each process. When the overall score for a process reaches a given threshold, the process is considered to be harmful." *Id.*

The Antimalware module — which is the umbrella for ATC, HyperDetect, and other rule-driven sub-modules — is itself configured through and saved to the policy. *See* Antimalware, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-376308-antimalware.html. On-access scanning is configured "In the Antimalware > On-access section of the policy." *See* On-access, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-342930-on-access.html. The on-access antimalware module is configured by "Navigate to Antimalware > On-Access to configure antimalware protection," and on-demand scan tasks are scheduled by "navigate to the Antimalware > On-Demand section". *See* Best Practices: GravityZone and BEST Policy Configuration, techzone.bitdefender.com, https://techzone.bitdefender.com/en/tech-papers/gravityzone-best-practices.html. Antimalware

9

| | |
|---|---|
| | exclusions — themselves rules — are also defined and stored at the policy level. *See* Antimalware, *supra*. |
| **1[c]**: identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application; and | The Bitdefender GravityZone Platform meets the requirement "identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application" literally or under the doctrine of equivalents.<br><br>GravityZone computes an EDR Severity Score, which is the numerical runtime-risk identification produced when a rule fires: "To help you focus your efforts, you can prioritize incidents based on their Severity Score. This score indicates how potentially dangerous a security event is; a higher score reflects a greater certainty of a threat." *See* Incident Investigation and Forensics, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html. The factors composing the severity score include "The MITRE ATT&CK techniques identified by the EDR correlation technology," together with the distance between the trigger node and the root of the incident, the presence of a brute force attack, and the Company Risk Score. *See* Severity score, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html. The maximum severity score (100) is assigned only when, among other conditions, "The MITRE ATT&CK techniques identified by the EDR correlation technology on one of the nodes is: Exfiltration, Lateral Movement, Persistence, Privilege Escalation, Impact, or Credential Access." *Id*.<br><br>GravityZone creates a structured incident with express MITRE ATT&CK technique mapping for each detection. The "ATT&CK techniques" field "Maps the incident to MITRE ATT&CK techniques, offering deeper insight into attacker behavior." *See* Investigating Incidents, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-151142-investigating-incidents.html.   The incident's description includes "alert indicators, artifacts involved, interactions, resources used, attack techniques, and recommendations." *Id*. Root Cause Analysis "is your primary tool for reconstructing the exact sequence of events during an endpoint-level attack." *See* Incident Investigation and Forensics, techzone.bitdefender.com,   https://techzone.bitdefender.com/en/security-layers/detection/incident- |

investigation-and-forensics.html.

PHASR generates additional runtime-risk artifacts directly anchored to its monitored rules. PHASR builds "per-user behavioral profiles and applying action-level blocking across 750+ rules" and uses "AI-powered analysis to automatically generate unique behavioral profiles for every machine-user combination." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR provides "granular security through action-level blocking," and the Recommendations interface presents detailed information for each recommendation, including "its attack surface reduction score, targeted activity type, monitored rules, behavioral profiles, and actions already taken." *Id.*

HyperDetect, which is enabled and configured through the policy, produces detection reports that categorize each detected event by attack type. The HyperDetect report includes "The type of the intended attack (targeted attack, grayware, exploits, ransomware, suspicious network traffic and files)." *See* Report types, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-88549-report-types.html. HyperDetect also "runs behavior analytics and correlates suspicious behavior generated by multiple processes," directly tying each runtime detection to the action sequence identified by the rule. *See* Machine Learning – HyperDetect, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect.

Network Attack Defense produces blocking-event records keyed to MITRE-aligned categories — Initial Access, Block Credential Access, Block Discovery, Block Lateral Movement, Block Crimeware. *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-management.html. Lateral movement, in particular, is detected "either directly by observing common techniques (e.g., using WMI/PsExec) or indirectly by correlating different events." *See* EDR XDR and MDR overview, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.

EDR Custom Detection rules and YARA rules likewise produce per-application runtime-risk artifacts.

11

| | The EDR correlation engine "correlates a wide array of events to identify threats that bypassed other layers and consistently demonstrates a high percentage of actionable detections with minimum noise in MITRE ® ATT&CK Evaluations." *See* GravityZone Endpoint Detection and Response (EDR), bitdefender.com, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response. YARA rules generate incidents and alerts on match: enabling the on-access scanning option "generates both alerts and incidents as a result of YARA scans whenever the conditions listed in the rule are met for any specific endpoint." *See* YARA detection rules, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1118491-yara-detection-rules.html.<br><br>The Indicators of Risk catalog provides a per-indicator risk score that constitutes a per-rule runtime risk: "each indicator includes its associated risk score, description, and recommended mitigation actions." *See* Indicators of Risk, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-101643-ior.html. Each fired indicator therefore generates a discrete runtime risk corresponding to the rule (the indicator) that fired.<br><br>Process Inspector / Advanced Threat Control, also enabled through the Antimalware policy, produces a per-process runtime-risk score that reaches a threshold and triggers remediation. ATC "monitors processes' behavior, and tags suspicious activities during runtime." *See* Process Inspector, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. ATC operates as a "zero-trust execution principle to terminate sophisticated threats during the runtime phase," with the produced score reflecting "the likelihood that a process poses a threat." *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.<br><br>The Risk Management module additionally produces an organization-level Company Risk Score that "generates a risk score unique to your organization and provides insights into various endpoint misconfigurations, application vulnerabilities, and user-related risks in a consolidated security posture overview," and that "dynamically adjusts the company risk score based on vulnerabilities that have already been exploited within the organization's industry." *See* Endpoint and Human Risk Assessment, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/endpoint-human- |
|---|---|

12

| | |
|---|---|
| | risk-assessment. The Company Risk Score is one of the inputs to the EDR Severity Score described above. *See* Severity score, *supra*. The Company Risk Score is corroborating, organization-level support; the per-application runtime-risk requirement is met principally by the EDR Severity Score, the per-incident MITRE-mapped incident, the PHASR per-machine-user behavioral profile and triggers, the HyperDetect per-process detection, the IOR per-indicator risk score, and the ATC per-process score.<br><br><br><br>*Source: https://www.bitdefender.com/en-us/business/infozone/what-is-mitre-attack-framework.* |
| **1[d]**: identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device | The Bitdefender GravityZone Platform meets the requirement "identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device based on the identified runtime risk, wherein" literally or under the doctrine of equivalents.<br><br>GravityZone's runtime-monitoring infrastructure operates across the endpoint and the cloud back-end, and computes per-application scores based on runtime activity and the runtime risks identified during |

13

| based on the identified runtime risk, wherein | execution. On the endpoint, the Bitdefender Endpoint Security Tools (BEST) agent runs on the host processor and continuously monitors application execution. The BEST agent hosts the Process Inspector / Advanced Threat Control (ATC) module, the HyperDetect module, the Network Attack Defense module, the Antimalware module (on-access and on-demand), the Advanced Anti-Exploit and Fileless Attack Protection modules, and the Endpoint Sensor (also referred to as the Incident Sensor). *See* Bitdefender Endpoint Security Tools for Windows, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-77540-windows-agent.html; Sensors, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html.<br><br>Process Inspector / ATC continuously monitors processes during execution on the endpoint and computes a per-process score based on runtime behavior. ATC "continuously monitors the applications running on the endpoint, looking for malware-like actions. Each of these actions is scored and an overall score is computed for each process. When the overall score for a process reaches a given threshold, the process is considered to be harmful." *See* Advanced Threat Control, bitdefender.com, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html. The Process Inspector module "looks for behavior specific to malware and assigns a score for each process based on its action and context." *See* Process Inspector, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. "Both ATC and PI contribute to determining this process score, with each suspicious behavior influencing the overall rating. When this rating reaches a predefined threshold, an alarm is triggered, indicating that the process is considered highly likely to be a security threat." *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. "When the overall score for a process reaches a given threshold, the process is reported harmful, and appropriate remediation action is taken, such as the rollback of changes (system file modifications, registry key changes) made by malicious process on the endpoint." *See* Process Inspector, *supra*. ATC's score derivation is based on "more than 340 features extracted from groups of processes during their execution, including behavioral actions like API calls." *See* Process Protection, *supra*. The score is computed on the endpoint by the BEST agent, with optional cloud assistance: "If uncertain, the code buffer can be forwarded to antimalware engines for additional analysis." *Id.* |
|---|---|

14

| | |
|---|---|
| | HyperDetect monitors application execution on the endpoint and produces per-process detection categorizations. The HyperDetect report includes "The type of the intended attack (targeted attack, grayware, exploits, ransomware, suspicious network traffic and files)." *See* Report types, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-88549-report-types.html. HyperDetect "runs behavior analytics and correlates suspicious behavior generated by multiple processes," and is described as "a security layer that improves defenses against advanced threats such as fileless attacks, targeted attacks, suspicious files, network traffic, exploits, ransomware, and grey ware." *See* Machine Learning – HyperDetect, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. HyperDetect "uses a combination of supervised and unsupervised machine learning algorithms to analyze the behavior of running processes and identify any suspicious or malicious activity." *See* The Power of Algorithms and Advanced Machine Learning, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform/the-power-of-algorithms-and-advanced-machine-learning.html.<br><br>PHASR continuously learns and adapts per-machine-user behavioral profiles. PHASR "uses AI-powered analysis to automatically generate unique behavioral profiles for every machine-user combination," and counters Living-off-the-Land attacks "by building per-user behavioral profiles and applying action-level blocking across 750+ rules." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR "uses AI algorithms to build risk profiles for each user-endpoint combination, identifying unnecessary tools and tailoring hardening dynamically." *See* GravityZone PHASR, bitdefender.com, https://www.bitdefender.com/en-us/business/products/gravityzone-phasr. PHASR is "Seamlessly integrated within the GravityZone Platform." *Id.* PHASR is also offered to "augments GravityZone and 3rd party EDR tools by proactively closing attack paths," and "augments Bitdefender GravityZone and any 3rd party EDR/XDR solution." *Id.* The PHASR techzone documentation further explains that the PHASR learning phase can be accelerated by EDR data: "If you are using the EDR component of GravityZone, PHASR can use historical data to shorten the learning phase duration to a few minutes." |

15

| | |
|---|---|
| | *See* Proactive Hardening and Attack Surface Reduction (PHASR), *supra*.

The Endpoint Sensor (Incident Sensor) on the endpoint "actively collects data from BEST agent components such as Network Attack Defense or Fileless Protection and monitors endpoint activity, including running processes, network connections, registry changes, and user behavior." *See* Sensors, *supra*. The collected data "is then analyzed using correlation engine to identify threats or in-progress attacks." *Id.* GravityZone EDR is described as a platform that delivers "automated cross-endpoint correlation, actionable incident insights, and easy response recommendations." *See* GravityZone Endpoint Detection and Response (EDR), bitdefender.com, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response.

In the GravityZone Control Center cloud back-end, the EDR/XDR correlation engine and Incident Advisor compute additional artifacts based on the runtime risks identified during execution. The Correlation Engine for EDR "actively collects data from BEST components such as Network Attack Defense or Fileless Protection and OS events such as file manipulation, process creation, or registry interaction. Anomaly Detection, a key component within the Correlation Engine, is trained individually on each customer's system at both the endpoint and GravityZone levels." *See* Sensors, *supra*. The cross-endpoint correlation engine runs on cloud processing devices in the GravityZone Control Center. *See* GravityZone Endpoint Detection and Response (EDR), *supra*.

In addition to the per-module scoring described above, every alert generated by GravityZone's prevention engines carries its own criticality rating. The Severity Score takes into account "[t]he criticality of the detection that triggered the incident (every suspicious / malicious behavior has its own rating)," and "The amount of alerts flagged by the GravityZone prevention engines on the trigger node." *See* Severity score, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html. Network Attack Defense detections, EDR Custom Detection rule firings, and YARA rule matches likewise generate alerts and incidents that are surfaced through the same incident-and-alert framework — enabling the on-access scanning option "generates both alerts and incidents as a result of YARA scans whenever the conditions listed in the rule are met for any specific endpoint." *See* YARA detection rules, bitdefender.com, https://www.bitdefender.com/business/support/en/77209- |

1118491-yara-detection-rules.html. EDR Custom Detection rules likewise produce "alerts triggered by the EDR correlation engine," surfaced in the incident view. *See* Investigating Incidents, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-151142-investigating-incidents.html.

The EDR Severity Score is computed from the runtime risks identified during execution: "you can prioritize incidents based on their Severity Score. This score indicates how potentially dangerous a security event is; a higher score reflects a greater certainty of a threat." *See* Incident Investigation and Forensics,                                                                                    techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html.
The Severity Score's factors include "The criticality of the detection that triggered the incident (every suspicious / malicious behavior has its own rating)," "The amount of alerts flagged by the GravityZone prevention engines on the trigger node," "The MITRE ATT&CK techniques identified by the EDR correlation technology," and "The Company Risk Score calculated by the Risk Management module." *See* Severity score, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html. The maximum severity score (100) is assigned only when, among other conditions, "The MITRE ATT&CK techniques identified by the EDR correlation technology on one of the nodes is: Exfiltration, Lateral Movement, Persistence, Privilege Escalation, Impact, or Credential Access." *Id.* Each of the MITRE ATT&CK techniques referenced in the cited documentation is a publicly documented multi-step attacker procedure under the ATT&CK framework, comprising a sequence of performed actions. *See* MITRE ATT&CK Framework, bitdefender.com, https://www.bitdefender.com/en-us/business/infozone/what-is-mitre-attack-framework.

The Risk Management module computes the Company Risk Score, which "generates a risk score unique to your organization and provides insights into various endpoint misconfigurations, application vulnerabilities, and user-related risks in a consolidated security posture overview," and that "dynamically adjusts the company risk score based on vulnerabilities that have already been exploited within the organization's industry." *See* Endpoint and Human Risk Assessment, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/endpoint-human-risk-assessment.
Indicators of Risk are catalogued in the Risk Management module with associated per-indicator risk scores: each indicator "includes its associated risk score, description, and recommended mitigation

actions." *See* Indicators of Risk, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-101643-ior.html.



*Source: https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.*

| **1[e]**: the action sequence is a sequence of at least two performed actions, and | The Bitdefender GravityZone Platform meets the requirement "the action sequence is a sequence of at least two performed actions, and" literally or under the doctrine of equivalents.<br><br>The action sequences GravityZone evaluates each comprise multiple performed actions. The platform identifies, reconstructs, and correlates these multi-action sequences in multiple subsystems, including the PHASR Monitored Rules anchored to attacker behavior, HyperDetect's behavior-correlation analytics, Network Attack Defense's MITRE-aligned categories, the EDR/XDR correlation engine, the Incident Advisor and Root Cause Analysis, the Process Inspector audit trail, and the Advanced Threat Control heuristic library. |
| --- | --- |

18

| | PHASR's catalog of 750+ Monitored Rules addresses multi-step attacker behavior. PHASR "counters LOTL attacks by building per-user behavioral profiles and applying action-level blocking across 750+ rules — blocking obfuscated PowerShell and WMIC lateral movement while keeping legitimate use intact." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR "performs granular analysis, comparing 'user actions' to 'attacker tactics'." *Id.* The Living-off-the-Land techniques addressed by PHASR are publicly documented multi-step attacker procedures.

HyperDetect expressly detects multi-action behavioral sequences. HyperDetect "runs behavior analytics and correlates suspicious behavior generated by multiple processes." *See* Machine Learning – HyperDetect, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. HyperDetect compares observed behavior against "MITRE® indicators of attacks, custom indicators of attacks developed by Bitdefender Labs, and user specific events." *See* The Power of Algorithms and Advanced Machine Learning, techzone.bitdefender.com, https://techzone.bitdefender.com/en/gravityzone-platform/the-power-of-algorithms-and-advanced-machine-learning.html.

Network Attack Defense covers MITRE-aligned categories of multi-step attacker techniques, including "Initial Access, Block Credential Access, Block Discovery, Block Lateral Movement, or Block Crimeware." *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-management.html. Lateral movement is detected by recognizing multi-action sequences: "Lateral movement on the network is detected either directly by observing common techniques (e.g., using WMI/PsExec) or indirectly by correlating different events." *See* EDR XDR and MDR overview, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.

Root Cause Analysis (RCA) "is your primary tool for reconstructing the exact sequence of events during an endpoint-level attack." *See* Incident Investigation and Forensics, techzone.bitdefender.com, |

| | https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html. By default, "the RCA graph highlights your Critical Path—the prioritized sequence of telemetry starting from the point of network entry down to the specific process or file that triggered the detection." *Id.* GravityZone EDR "provides a real-time a graphical representation of the attack chain,  enabling security analysts to rapidly understand where the incident originated, how it propagated, and what was the impact." *See* GravityZone Endpoint Detection and Response (EDR), bitdefender.com, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response. |
| | The correlation engine consolidates multiple performed actions into a single multi-action incident. "A response action is generated based on the correlation engine, which identifies relationships between events and consolidates them into incidents." *See* Sensors, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. Process Inspector likewise "maintains an audit trail of changes made by the process on the endpoint." *See* Process Inspector, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. |
| | The Advanced Threat Control heuristic library similarly addresses multi-action sequences. The heuristics include, but are not limited to, credential-access sequences ("credential dumping, access to the SAM registry database, monitoring key presses"), persistence sequences ("scheduling tasks, registering a service, adding autorun entry"), ransomware sequences ("atypical file enumeration or operations, backup deletion, known malware file extensions"), and process-injection sequences ("process hollowing, DLL or thread injections, reflecting DLL injections"). *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. |
| **1[f]**: each performed action is at least one of a user action, an application action, and a system action. | The Bitdefender GravityZone Platform meets the requirement "each performed action is at least one of a user action, an application action, and a system action" literally or under the doctrine of equivalents. |
| | The performed actions GravityZone observes and correlates fall into the categories recited in the claim, including user actions, application actions, and system actions. The Endpoint Sensor monitors "endpoint activity, including running processes, network connections, registry changes, and user behavior." *See* Sensors,                                                                          techzone.bitdefender.com, |

https://techzone.bitdefender.com/en/security-layers/detection/sensors.html. The Correlation Engine for EDR "actively collects data from BEST components such as Network Attack Defense or Fileless Protection and OS events such as file manipulation, process creation, or registry interaction." *Id.*

User actions — i.e., explicit input from a user of the computing system — are observed by GravityZone, including, but not limited to, key presses, sign-in events, and user-credential activity. ATC includes credential-access heuristics covering "credential dumping, access to the SAM registry database, monitoring key presses." *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. PHASR continuously observes user behavior; PHASR "uses AI-powered analysis to automatically generate unique behavioral profiles for every machine-user combination," and "performs granular analysis, comparing 'user actions' to 'attacker tactics'." *See* Proactive Hardening and Attack Surface Reduction (PHASR), techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/prevention/risk-management/proactive-hardening-and-attack-surface-reduction--phasr-.html. PHASR "uses AI algorithms to build risk profiles for each user-endpoint combination, identifying unnecessary tools and tailoring hardening dynamically." *See* GravityZone PHASR, bitdefender.com, https://www.bitdefender.com/en-us/business/products/gravityzone-phasr. GravityZone Risk Management additionally captures user-related risks, generating "a risk score unique to your organization and provides insights into various endpoint misconfigurations, application vulnerabilities, and user-related risks in a consolidated security posture overview." *See* Endpoint and Human Risk Assessment, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/endpoint-human-risk-assessment.

Application actions — i.e., activities performed by an application initiated programmatically — are observed and correlated, including, but not limited to, process creation, command-line execution, parent-child relationships, DLL loading, module-loading events, and API call sequences. Application-action telemetry recorded for each process node includes "Full command line arguments, parent-child relationships, and execution context." *See* Incident Investigation and Forensics, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/detection/incident-investigation-and-forensics.html. Process Protection inspects "Loading certain modules (DLLs) that can

21

| | |
|---|---|
| | be used for malicious purposes (for example network communication to C2, or ransomware encryption via crypt APIs)" and "Creation of child process (for example remote code execution vulnerability)." *See* Process Protection, techzone.bitdefender.com, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. ATC analyzes "more than 340 features extracted from groups of processes during their execution, including behavioral actions like API calls." *Id.* HyperDetect analyzes process behavior across multiple processes: HyperDetect "runs behavior analytics and correlates suspicious behavior generated by multiple processes." *See* Machine Learning – HyperDetect, bitdefender.com, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. ATC heuristics likewise address application-action sequences, including, but not limited to, process-injection sequences ("process hollowing, DLL or thread injections, reflecting DLL injections"). *See* Process Protection, *supra*.<br><br>System actions — i.e., operations performed by the computing system on behalf of, or as a consequence of, a user or application action — are observed and correlated, including, but not limited to, registry modifications, file-system modifications, scheduled-task creation, autorun entries, service registration, system-call events, and network connections. System actions on the registry node include "Specific keys, values, and data modified during the event." *See* Incident Investigation and Forensics, *supra*. ATC heuristics cover system-action sequences, including persistence sequences ("scheduling tasks, registering a service, adding autorun entry"), suspicious file operations ("replicating, dropping files with double extension, hiding files"), ransomware sequences ("atypical file enumeration or operations, backup deletion, known malware file extensions"), and disabling-critical-services sequences ("disabling Windows Update, security solutions or features, terminating critical processes"). *See* Process Protection, *supra*. Network Attack Defense additionally observes network actions, inspecting "incoming, outgoing, and lateral network traffic to protect against attacks like brute force attempts, port scans, password theft, and unauthorized lateral movements." *See* Network Attack Defense and Risk Management, bitdefender.com, https://www.bitdefender.com/business/support/en/77209-1125602-network-attack-defense-and-risk-management.html. |



*Source: https://techzone.bitdefender.com/en/security-layers/detection/sensors.html.*

| Claim 13 | Bitdefender GravityZone Platform |
|---|---|
| **13[Pre]**. A system for assessing runtime risk for an application program that executes on a device, comprising: | To the extent the preamble is limiting, the Bitdefender GravityZone Platform meets the requirement "A system for assessing runtime risk for an application program that executes on a device, comprising" literally or under the doctrine of equivalents. *See* analysis of claim 1. |
| **13[a]**: a rules database storing a plurality of rules, wherein each rule identifies an action sequence; | The Bitdefender GravityZone Platform meets the requirement "a rules database storing a plurality of rules, wherein each rule identifies an action sequence" literally or under the doctrine of equivalents. *See* analysis of element 1[a]. |

23

| | |
|---|---|
| **13[b]**: a policy database storing a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules; and | The Bitdefender *GravityZone* Platform meets the requirement "a policy database storing a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules" literally or under the doctrine of equivalents. *See* analysis of element 1[b]. |
| **13[c]**: a runtime monitor including a processing device | The Bitdefender *GravityZone* Platform meets the requirement "a runtime monitor including a processing device" literally or under the doctrine of equivalents. *See* analysis of element 1[d]. |
| **13[d]**: identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application, and | The Bitdefender *GravityZone* Platform meets the requirement "identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application, and" literally or under the doctrine of equivalents. *See* analysis of element 1[c]. |
| **13[e]**: identifying a behavior score for the application program that executes on the device based on the identified | The Bitdefender *GravityZone* Platform meets the requirement "identifying a behavior score for the application program that executes on the device based on the identified runtime risk, wherein" literally or under the doctrine of equivalents. *See* analysis of element 1[d]. |

24

| | |
|---|---|
| runtime risk, wherein | |
| **13[f]**: the action sequence is a sequence of at least two performed actions, and | The Bitdefender GravityZone Platform meets the requirement "the action sequence is a sequence of at least two performed actions, and" literally or under the doctrine of equivalents.<br><br>*See* analysis of element 1[e]. |
| **13[g]**: each performed action is at least one of a user action, an application action, and a system action. | The Bitdefender GravityZone Platform meets the requirement "each performed action is at least one of a user action, an application action, and a system action" literally or under the doctrine of equivalents.<br><br>*See* analysis of element 1[f]. |