# EXHIBIT I

**Exhibit I**

**Infringement Claim Chart — U.S. Patent No. 8,990,948**

**Systems and Methods for Orchestrating Runtime Operational Integrity**

**Bitdefender GravityZone Platform**

| Claim 1 | Bitdefender GravityZone Platform |
|---|---|
| **1[pre]:** **"A method of** | To the extent the preamble is limiting, the Bitdefender GravityZone Platform[1] meets the |

1 "Bitdefender GravityZone Platform" refers to Bitdefender's endpoint-protection EDR/XDR/MDR, attack-surface-reduction, risk-management, behavioral-monitoring, runtime-risk-identification-and-scoring, threat-prevention, file-execution-analysis (static, dynamic, and sandbox-based), mobile-threat-defense, mobile-device-management-and-integration, incident-investigation, telemetry, and enforcement functionality, including without limitation: (i) the GravityZone management console (Control Center); (ii) the Bitdefender Endpoint Security Tools (BEST) endpoint agent and its security modules, including without limitation Process Inspector / Advanced Threat Control, HyperDetect, Network Attack Defense, Sandbox Analyzer (and its Sandbox Prefilter), Anti-Phishing and Web Threat Protection, Antimalware modules, Content Control, and Device Control; (iii) the GravityZone EDR/XDR/MDR sensor and correlation framework, Incident Advisor, Root Cause Analysis, Severity Score, Risk Management module, Company Risk Score, Indicators of Risk catalog, and Proactive Hardening and Attack Surface Reduction (PHASR); (iv) the GravityZone Security for Mobile add-on (Mobile Threat Defense / MTD) and its Mobile Security console, the on-device GravityZone Mobile Client / MTD application installable on iOS, iPadOS, Android (including Samsung Knox), and Chromebook devices, the Bitdefender Security for Chrome browser extension on ChromeOS, and the on-device local VPN; (v) the rule and policy constructs across the platform, including without limitation the Threat Policy, Apps Policy, Phishing and Web Content Policy, and Samsung Knox MTD Policy on the mobile side, and the EDR Custom Detection rules, YARA detection rules, Integrity Monitoring rules, assessment policies and policy databases, rules databases, MITRE ATT&CK technique mapping, and Bitdefender Global Protective Network threat-intelligence feeds; and (vi) integrations with third-party MDM/UEM systems, SIEM systems, and the Google Admin Console for ChromeOS deployment, together with all related cloud services, agents, sensors, alerts, incidents, reports, dashboards, databases,

1

| | |
|---|---|
| **providing real-time operational integrity of an application on a native computing environment, the method comprising:"** | requirement "A method of providing real-time operational integrity of an application on a native computing environment, the method comprising" literally or under the doctrine of equivalents.<br><br>The GravityZone Platform provides real-time operational integrity of an application on a native computing environment.<br><br>Bitdefender Endpoint Security Tools (BEST) is deployed on each protected endpoint and runs on the endpoint's operating system. "GravityZone ensures Windows, Linux, and macOS physical and virtual machines protection with Bitdefender Endpoint Security Tools, an intelligent environment-aware security agent which adapts to the endpoint type." *See* Bitdefender Support — Security Agents, https://www.bitdefender.com/business/support/en/77209-376358-security-agents.html. BEST integrates with the GravityZone backend, which performs centralized correlation, scoring, and presentation of the events generated on the endpoint. "GravityZone integrates EDR and native XDR to correlate telemetry across endpoints, network, and cloud. This architecture utilizes the Incident Advisor and a centralized correlation engine to provide cross-domain visibility and automated root cause analysis." *See* Bitdefender TechZone — EDR, XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.<br><br> |

APIs, telemetry stores, and management components.

2

*Source excerpt: Bitdefender TechZone diagram of the GravityZone Platform architecture, showing the layered prevention, protection, and detection-and-response stack across endpoint, network, identity, productivity-apps, business-apps, cloud, and mobile sensors. Source: https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.*

BEST modules monitor running applications on the endpoint as they execute. "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime." *See* Bitdefender — Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. "An on-execution protection layer augments pre-execution detection technologies." (Id.). "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc." *See* Bitdefender Support — Advanced Threat Control, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html. "Network Attack Defense operates inline, directly in the network routing path." *See* Bitdefender Support — Network Attack Defense, https://www.bitdefender.com/business/support/en/77209-376343-network-attack-defense.html.

The GravityZone backend correlates the endpoint-generated events into incidents and threat classifications across the temporal sequence of the underlying activity. "GravityZone EDR correlates a wide array of events to identify threats that bypassed other layers and consistently demonstrates a high percentage of actionable detections with minimum noise in MITRE ® ATT&CK Evaluations." *See* Bitdefender — GravityZone Endpoint Detection and Response, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response. "An activity timeline with a suspected root cause is graphically outlined by correlating and combining historical events of identified threats and malicious leads flagged by our advanced machine learning technology." *See* Bitdefender — Root Cause Analysis, https://www.bitdefender.com/en-us/business/gravityzone-platform/root-cause-analysis.

3

| | |
|---|---|
| | The GravityZone Control Center is an administrative console for the GravityZone backend, presenting runtime dashboard views of the resulting status. "The Control Center Dashboard is a customizable visual display providing a quick security overview of all protected endpoints and network status." *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. "A dashboard is a customizable visual that displays real-time or historical data from log sources, allowing you to monitor, analyze, and visualize key metrics in one centralized location." *See* Bitdefender Support — Dashboards, https://www.bitdefender.com/business/support/en/77209-1424501-dashboards.html. |
| **1[a]: "monitoring, by a plurality of sensory inputs, one or more of network dialogs of the application, system operations initiated by the application, a runtime configuration of the application, resource utilization by the application, and integrity of the application;"** | The GravityZone Platform meets the requirement "monitoring, by a plurality of sensory inputs, one or more of network dialogs of the application, system operations initiated by the application, a runtime configuration of the application, resource utilization by the application, and integrity of the application" literally or under the doctrine of equivalents. <br><br>The GravityZone Platform monitors running applications through multiple distinct sensor layers deployed within the BEST agent, each observing a different dimension of application activity — including system operations, network dialogs, runtime configuration, resource utilization metrics, and application integrity — on the native endpoint. |

4



*Source excerpt: Bitdefender TechZone Sensors graph — seven sensor types (Endpoint, Network, Productivity Apps, Business Applications, Identity, Cloud, Mobile Security) feeding alerts to the Bitdefender GravityZone Control Center. Source:*
*https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.*

For system operations initiated by the application, the Advanced Threat Control (ATC) layer continuously monitors process activities in real-time: "Advanced Threat Control continuously monitors running processes and grades suspicious behaviors such as attempts to: disguise the type of process, execute code in another process's space (hijack process memory for privilege escalation), replicate, drop files, hide from process enumeration applications, etc." *See* Bitdefender, Advanced Threat Control, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html.

Process Inspector (PI) adds a complementary sensor for system operations, monitoring processes running in the OS in both user and kernel mode: "It operates on a 'zero-trust' model

5

| | |
|---|---|
| | and monitors processes running in the OS using fi lters in user mode and kernel model." *See* Bitdefender, Process Inspector (Technical Brief, 2017), https://www.bitdefender.co.th/resources/Business/Bitdefender-2017-TechnicalBrief-ProcessInspector-crea2103-A4-en-EN-2-GenericUse.pdf.

Together, ATC and PI form an integrated process-monitoring architecture: "ATC is a proactive and dynamic behavioral detection technology that continuously monitors process activities in real-time, including groups of processes." *See* Bitdefender TechZone, Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.

For network dialogs of the application, the Network Attack Defense (NAD) sensor operates directly in the network routing path, monitoring application network traffic: "Network Attack Defense operates inline, directly in the network routing path." *See* Bitdefender, Network Attack Defense (Administration Guide), https://www.bitdefender.com/business/support/en/77209-376343-network-attack-defense.html. NAD "Network Attack Defense receives and scans traffic for both incoming and outgoing connections" *Id.*

The NAD sensor analyzes network behavior in real-time, covering network dialogs across multiple protocols: "It uses machine learning and heuristics to analyze behavior in real-time to accurately uncover malware activities like lateral movements and brute force attempts." *See* Bitdefender, Network Attack Defense, https://www.bitdefender.com/en-us/business/gravityzone-platform/network-attack-defense.

Security Telemetry exposes the underlying event stream for network connections and process operations, providing raw telemetry inputs encompassing both network dialogs and system operations: among the telemetry event categories are "Processes: create, terminate" and "Network connection". *See* Bitdefender, Security Telemetry, https://www.bitdefender.com/business/support/en/77209-342928-security-telemetry.html. "Once the policy is applied on endpoints, the agent starts sending events as they occur to the configured SIEM server." *Id.* |

6

| | For runtime configuration of the application, the Risk Management / Endpoint Risk Analytics (ERA) module scans and monitors configuration-state indicators: "Risk Management identifies, assesses, and remediates endpoint weaknesses via security risk scans (on-demand or scheduled via policy), taking into account a vast number of indicators of risk." *See* Bitdefender, Risk Management (Endpoint Risk Analytics), https://www.bitdefender.com/business/support/en/77211-376311-endpoint-risk-analytics--era-.html.<br><br>ERA provides visibility into endpoint, application, and user credential configurations from a unified dashboard: "Security professionals can quickly investigate and dig deeper into specific endpoint, application, and user credential risks from the Integrated Risk Management dashboard." *See* Bitdefender, Endpoint and Human Risk Assessment, https://www.bitdefender.com/en-us/business/gravityzone-platform/endpoint-human-risk-assessment.<br><br>For integrity of the application, HyperDetect monitors processes for integrity-compromising behaviors, including fileless attacks and stealth techniques: "HyperDetect uses machine learning and heuristic analysis to identify threats traditional antimalware modules miss, and to pinpoint infections and malware obfuscation techniques." *See* Bitdefender, HyperDetect, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. HyperDetect "It runs behavior analytics and correlates suspicious behavior generated by multiple processes." *Id.*<br><br>HyperDetect also monitors for application integrity at the scanning layer: "HyperDetect adds an extra layer of security over the existing scanning technologies (On-Access, On-Demand and Traffic Scan), to fight against the new generation of cyber-attacks, including advanced persistent threats." *See* Bitdefender, HyperDetect (Administration Guide), https://www.bitdefender.com/business/support/en/77209-342938-hyperdetect.html.<br><br>Application Control provides an additional sensor for application integrity by enforcing allow-list policies that validate application identity: "Application Control reduces the attack surface that malware threats can leverage on the endpoint and prevents the installation and execution of any unwanted, untrusted or malicious applications." *See* Bitdefender, Application Control, |

7

| | |
|---|---|
| | https://www.bitdefender.com/business/support/en/77212-342956-application-control.html.<br><br>The EDR Sensor provides a further layer of telemetry across all monitored dimensions, encompassing process data and application behavior: "The EDR Sensor, which collects process data, and reports endpoint and application behavior data." *See* Bitdefender, EDR Architecture, https://www.bitdefender.com/business/support/en/77212-376362-edr-architecture.html. "To identify advanced threats and in-progress attacks, EDR requires hardware and operating system data." *Id.* |
| **1[b]: "generating real-time behavior based events for determining the real-time operational integrity of the application executing on the native computing environment which includes a network analyzer, an integrity processor, [. . .] and a trust supervisor,"** | The GravityZone Platform meets the requirement "generating real-time behavior based events for determining the real-time operational integrity of the application executing on the native computing environment which includes a network analyzer, an integrity processor, [. . .] and a trust supervisor" literally or under the doctrine of equivalents.<br><br>The GravityZone Platform generates real-time behavior-based events for determining the real-time operational integrity of applications executing on the native computing environment.<br><br>**(i) Network Analyzer, Integrity Processor and Associated Real-Time Behavior Based Events**<br><br>The Bitdefender Endpoint Security Tools ("BEST") agent is the GravityZone endpoint agent deployed on physical and virtual machines, including the Network Attack Defense module, the Process Inspector module, the Advanced Threat Control module, the HyperDetect module, the Advanced Anti-Exploit module, the Anti-Tampering module, the Fileless Attack Protection module, the Application Control module, the EDR Sensor module, the Security Telemetry module, and the Risk Management module.*See* Bitdefender Support — Security agents, https://www.bitdefender.com/business/support/en/77209-376358-security-agents.html. |



*Source excerpt: Bitdefender Support — GravityZone EDR architecture: endpoint sensor pipeline reporting through Security Analytics to the centralized backend correlation engine. Source:*
*https://www.bitdefender.com/business/support/en/77212-376362-edr-architecture.html.*

BEST's Network Attack Defense module operates inline. "Bitdefender technology is built to detect and respond to host-based threats by analyzing the network traffic." *See* Bitdefender — Network                                    Attack                                    Defense, https://www.bitdefender.com/en-us/business/gravityzone-platform/network-attack-defense. "Network Attack Defense operates inline, directly in the network routing path." *See* Bitdefender

9

| | Support — Network Attack Defense, https://www.bitdefender.com/business/support/en/77209-376343-network-attack-defense.html. NAD generates real-time behavior-based events that detect, by way of example, MITRE-aligned categories of network attack behavior. "The network attack techniques are grouped according to MITRE's ATT&CK knowledge based as follows:" "Initial Access - the attacker gains entry within a network by various means, including vulnerabilities of public-facing web servers." "Credential Access - the attacker steals credentials like usernames and passwords to gain access into the systems." "Discovery - the attacker, once infiltrated, tries to obtain information about the systems and the internal network, before deciding what to do next." "Lateral Movement - the attacker explores the network, often by moving through multiple systems, to find the main target. The attacker may use specific tools to accomplish the objective." "Crimeware - this category comprises techniques designed to automate cybercrime." *See* Bitdefender Support — Network Attacks, https://www.bitdefender.com/business/support/en/77209-342967-network-attacks.html. "Lateral movement on the network is detected either directly by observing common techniques (e.g., using WMI/PsExec) or indirectly by correlating different events." *See* Bitdefender TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. The Network Attack Defense module also scans server-bound traffic. "Network Attack Defense receives and scans traffic for both incoming and outgoing connections" *See* Bitdefender Support — Network Attack Defense, https://www.bitdefender.com/business/support/en/77209-376343-network-attack-defense.html. The Network Attack Defense module also detects RDP brute-force attempts. "On Windows servers, Network Attack Defense detects and prevents RDP brute-force attacks by scanning incoming connections on the RDP ports to identify authentication anomalies." *See* Bitdefender Support — Network Attacks, https://www.bitdefender.com/business/support/en/77209-342967-network-attacks.html. NAD generates events with configurable Block or Report-only actions. "Select the actions you want to take against each category of network attack techniques from the following options:" "Block - Network Attack Defense stops the attack attempt once detected." "Report only - Network Attack Defense informs you about the detected attack attempt, but it will not try to stop it." *See* Bitdefender Support — Network Attacks, |

https://www.bitdefender.com/business/support/en/77209-342967-network-attacks.html. NAD-generated events are reported as Network Incidents: "Details about network attack attempts are available in the Network Incidents report and in the Network Incidents event notification." *See* Bitdefender Support — Network Attacks, https://www.bitdefender.com/business/support/en/77209-342967-network-attacks.html.

The Process Inspector module monitors process behavior in real-time. "Bitdefender Process Inspector is a proactive, dynamic detection technology that monitors processes' behavior, and tags suspicious activities during runtime. An on-execution protection layer augments pre-execution detection technologies. Built-in advanced analytics to monitor and detect process behavior like Operating System (OS) security by-pass and memory corruption." *See* Bitdefender — Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. "Process Inspector neutralizes the threat by isolating the attacked processes in real-time and tracing the root cause." *See* Bitdefender — Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector.

The Advanced Threat Control module also monitors process behavior. "ATC is a proactive and dynamic behavioral detection technology that continuously monitors process activities in real-time, including groups of processes." *See* Bitdefender TechZone — Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.

The HyperDetect module performs behavior analytics across processes. "HyperDetect uses machine learning and heuristic analysis to identify threats traditional antimalware modules miss, and to pinpoint infections and malware obfuscation techniques. It allows administrators to adjust granularity levels of the machine learning engines in detecting different threats to suit the context and risk profile of their organization." *See* Bitdefender — HyperDetect, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. "It runs behavior analytics and correlates suspicious behavior generated by multiple processes." *See* Bitdefender — HyperDetect, https://www.bitdefender.com/en-us/business/gravityzone-platform/hyperdetect. The Advanced Anti-Exploit, Anti-Tampering, and Fileless Attack Protection modules generate further

11

| | real-time behavior-based events. "Advanced Anti-Exploit catches the latest exploits in real-time and mitigates memory corruption vulnerabilities that can evade other security solutions." *See* Bitdefender Support — Advanced Anti-Exploit, https://www.bitdefender.com/business/support/en/77209-376304-advanced-anti-exploit.html.<br><br>The Anti-Tampering module protects the security agent against kernel-level tampering, BYOVD, and callback evasion. "GravityZone integrates Self Protect minifilter drivers and Callback Evasion Detection (CBE) to secure EDR sensors against kernel-level tampering. This architecture prevents adversary actions like ETW patching and Bring Your Own Vulnerable Driver (BYOVD) attacks." *See* Bitdefender TechZone — Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. "CBE actively monitors for suspicious activity and can detect attempts to disable or manipulate callbacks critical for security software operations." *See* Bitdefender TechZone — Anti-Tampering and Detection Evasion, https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html. "Command-Line Scanner detects fileless attacks by analyzing command-line activities, finding patterns indicative of fileless techniques, and preventing the execution of malicious commands or scripts before they can compromise the system." *See* Bitdefender TechZone — Fileless Protection, https://techzone.bitdefender.com/en/security-layers/protection/fileless-protection.html. The Application Control module generates events on application execution. "Application Control allows you to manually authorize specific applications and processes, based on the hash of the executable, signing certificate thumbprint, and path of the application." *See* Bitdefender Support — Application Control, https://www.bitdefender.com/business/support/en/77212-342956-application-control.html. |
|---|---|



*Source excerpt: Bitdefender TechZone diagram of the Bring Your Own Vulnerable Driver (BYOVD) attack vector against kernel-mode security drivers — User-Mode/Kernel-Mode driver scan, vulnerable driver installation, kernel manipulation, and disabled security controls. Source: https://techzone.bitdefender.com/en/gravityzone-platform/anti-tampering-and-detection-evasion.html.*

The EDR Sensor module reports endpoint and application behavior data. "The EDR Sensor, which collects process data, and reports endpoint and application behavior data." *See* Bitdefender Support — EDR architecture, https://www.bitdefender.com/business/support/en/77212-376362-edr-architecture.html. The Security Telemetry module surfaces underlying behavior data. "With the options presented in the General > Agent > Security Telemetry section of the policy, you have access to underlying data related to security events, so that you can build custom correlations." *See* Bitdefender Support — Security Telemetry, https://www.bitdefender.com/business/support/en/77212-342928-security-telemetry.html. The

Risk Management module generates risk-related events. "Risk Management identifies, assesses, and remediates endpoint weaknesses via security risk scans (on-demand or scheduled via policy), taking into account a vast number of indicators of risk." *See* Bitdefender Support — Endpoint Risk Analytics, https://www.bitdefender.com/business/support/en/77211-376311-endpoint-risk-analytics--era-.html. The Advanced Threat Control module also includes automated remediation for detected files. "Advanced Threat Control will automatically try to disinfect the detected file." *See* Bitdefender Support — Advanced Threat Control, https://www.bitdefender.com/business/support/en/77211-376309-advanced-threat-control.html.

The Process Inspector module is part of the BEST agent on each endpoint. "Bitdefender Process Inspector is part of GravityZone Endpoint Security platform." *See* Bitdefender — Process Inspector Technical Brief, https://www.bitdefender.co.th/resources/Business/Bitdefender-2017-TechnicalBrief-ProcessInspector-crea2103-A4-en-EN-2-GenericUse.pdf.

**(ii) Trust Supervisor**

The GravityZone backend ingests behavior-based events from BEST modules deployed on the endpoints, assembles them into incidents, classifies their severity, performs cross-incident reconstruction, and dispatches remediation suggestions across the deployment.

Events are assembled into incidents through the Incident Advisor. "Incident Advisor simplifies incident investigation by presenting all the crucial information you need on a single page. It answers key questions like what happened, why this incident occurred, how it is impacting the organization, and what actions can be taken to minimize the business impact." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. The severity of each assembled incident is classified through a Severity Score. "The higher the score, the more certain the event is dangerous. It provides context based on the attack indicators and ATT&CK Techniques, if applicable." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. Cross-incident reconstruction is performed through Extended Root Cause Analysis. "For a more in-depth investigation, you can switch to Extended Root Cause

14

| | |
|---|---|
| | Analysis. This view provides an organization overview and a graph of the attack progression, helping you understand the attacker's strategy, including the Tactics, Techniques, and Procedures (TTPs) used." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.<br><br>Remediation is dispatched across the deployment. "Process Inspector neutralizes the threat by isolating the attacked processes in real-time and tracing the root cause." *See* Bitdefender — Process Inspector, https://www.bitdefender.com/en-us/business/gravityzone-platform/process-inspector. "Throughout the investigation process, GravityZone suggests preventive and corrective actions, such as isolating endpoints or deploying missing patches." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. The Risk Management module dispatches risk-mitigation directives across the deployment. "GravityZone calculates a risk score for each endpoint." *See* Bitdefender Support — Endpoint Risk Analytics, https://www.bitdefender.com/business/support/en/77211-376311-endpoint-risk-analytics--era-.html. The Control Center surfaces backend outputs across the deployment. "The Incidents screen provides you with a list of recent security incidents going back 90 days, and the ability to search for security incidents in all your managed companies or using a variety of filters and search criteria." *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77212-89881-control-center-at-a-glance.html. |
| **1[c]: "[which includes . . . an event correlation matrix, a risk correlation matrix;] correlating, by the event and risk correlation matrix, threat classifications based on the temporal sequence of the generated real-time behavior based events; and"** | The GravityZone Platform meets the requirement "[which includes . . . an event correlation matrix, a risk correlation matrix;] correlating, by the event and risk correlation matrix, threat classifications based on the temporal sequence of the generated real-time behavior based events" literally or under the doctrine of equivalents.<br><br>The GravityZone backend correlates threat classifications based on the temporal sequence of generated real-time behavior-based events through the centralized backend correlation engine, the EDR incident correlation pipeline, Root Cause Analysis, and the ATC/PI combined process-scoring architecture. |

15

| | Endpoint and application behavior data collected by BEST's EDR Sensor is reported to a backend correlation component. "EDR contains two major components". The first is described as "The EDR Sensor, which collects process data, and reports endpoint and application behavior data". The second is described as "The Security Analytics, a backend component used to interpret metadata collected by the EDR Sensor". *See* Bitdefender Support — EDR architecture, https://www.bitdefender.com/business/support/en/77212-376362-edr-architecture.html. The GravityZone backend correlates this telemetry across endpoints, network, and cloud through a centralized correlation engine. "GravityZone integrates EDR and native XDR to correlate telemetry across endpoints, network, and cloud. This architecture utilizes the Incident Advisor and a centralized correlation engine to provide cross-domain visibility and automated root cause analysis." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. "The correlation mechanism automatically identifies incidents that manage to bypass prevention and protection technologies, often originating from unmanaged devices." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. "Lateral movement on the network is detected either directly by observing common techniques (e.g., using WMI/PsExec) or indirectly by correlating different events. For instance, if user credentials are dumped on a machine and later used to log in to another machine where malicious behavior is observed, the central correlation engine connects the dots, presenting a graphical representation of the attack." *See* TechZone — EDR XDR and MDR overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html. "GravityZone EDR correlates a wide array of events to identify threats that bypassed other layers and consistently demonstrates a high percentage of actionable detections with minimum noise in MITRE ® ATT&CK Evaluations." *See* Bitdefender — GravityZone EDR, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response.

The output of the centralized correlation is a structured incident that includes a critical path of linked events, a graphical attack chain reflecting the temporal sequence of events, and MITRE ATT&CK technique mappings. "The Critical path is the sequence of linked security events that |

16

have led up to setting off an alert, starting from the point of entry in the network down to the event node that triggered the incident." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

"The Graph displays a dynamic graphic representation of the extended incident under investigation, providing a detailed activity timeline with the sequence of correlated events caused by external agents that have occurred or are still active in your environment, on multiple endpoints and network devices." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

"ATT&CK techniques: Maps the incident to MITRE ATT&CK techniques, offering deeper insight into attacker behavior." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

"GravityZone EDR provides a real-time a graphical representation of the attack chain, enabling security analysts to rapidly understand where the incident originated, how it propagated, and what was the impact." *See* Bitdefender — GravityZone EDR, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response.

17



*Source excerpt: GravityZone Incident Advisor Associated Risks panel — donut visualization of risk distribution by impacted entity types (Endpoint, Azure virtual server, Azure storage) with a 232-risks aggregate. Source:* [https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html](https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html).

The resulting incidents are presented in a row-and-column structure on the Control Center's Incidents page. The Incidents page "provides a highly customizable grid that displays a list of EDR/XDR incidents generated for your managed companies." *See* Bitdefender Support — Investigating Incidents, [https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html](https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html).Each incident occupies a row, and the columns include "ATT&CK technique" ("The name of the Mitre technique used in the incident"), "ATT&CK technique ID" ("The ID of the Mitre technique used in the attack"), "ATT&CK sub-technique" ("The name of the Mitre subtechnique used in the attack"), "Last killchain phase" ("The last attack phase of the attack, based on the Mitre matrix"), Severity score, Priority, Status, Actions taken, Entities, Resources, and "Correlated incidents" ("The ID of child incidents correlated with the one

18

displayed in the grid"). *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. "Each entity or resource type is displayed in its separate column. These columns are dynamically generated: if no incidents involve a particular resource or entity type, the corresponding column will not be displayed." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. The Incidents-page filter for attack phases is described as a list "based on the MITRE matrix." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

GravityZone's Severity Score reflects multiple factors evaluated by the EDR correlation pipeline. "When calculating the severity of an incident we are taking into account a variety of factors". The factors include the following: "The criticality of the detection that triggered the incident". "The amount of alerts flagged by the GravityZone prevention engines on the trigger node". "The prevention engine that identified the trigger alert". "The distance between the trigger node and the root of the incident". "The MITRE ATT&CK techniques identified by the EDR correlation technology". "The presence of a bruteforce attack". "The Company Risk Score calculated by the Risk Management module". *See* Bitdefender Support — Severity score, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html.The platform documents specific saturation conditions. "EDR rates an incident with the highest severity score (100) if all of the following conditions are met". The conditions include the following: "The incident includes a ransomware alert". "The trigger node has more than 5 alerts flagged by the GravityZoneprevention engines". "The prevention engine that identified the trigger alert is: Antimalware, Advanced Threat Control, HyperDetect, Advanced Anti-Exploit, or Fileless Attack Protection". "The Critical path of the incident contains more than 10 nodes". "The blocking of the malicious attack has failed". "The Company Risk Score was above 70 at the time the severity score was being calculated". *See* Bitdefender Support — Severity score, https://www.bitdefender.com/business/support/en/77209-107389-edr-severity-score.html.

The Company Risk Score input is itself produced by a separate scoring operation performed by the

19

| | |
|---|---|
| | Risk Management module. "GravityZone calculates a risk score for each endpoint." *See* Bitdefender Support — Endpoint Risk Analytics, https://www.bitdefender.com/business/support/en/77211-376311-endpoint-risk-analytics--era-.html. The GravityZone Risk Management module produces an organization-specific risk score. "Integrated Risk Management in GravityZone generates a risk score unique to your organization and provides insights into various endpoint misconfigurations, application vulnerabilities, and user-related risks in a consolidated security posture overview". *See* Bitdefender — Endpoint and Human Risk Assessment, https://www.bitdefender.com/en-us/business/gravityzone-platform/endpoint-human-risk-assessment. "Your total company risk score is calculated based on the resource, identity, and industry risk scores". "The Score breakdown section shows how your company's overall risk score is built". *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. |

20



*Source excerpt: GravityZone Risk Management Dashboard — Company State widget showing the overall company risk score on the outer arc with sub-scores for resources, accounts, and modifiers on the inner arc. Source:* [https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html](https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html)*.*

Cross-incident consolidation is likewise an operation of this layer. "GravityZone EDR is the only EDR on the market providing automatic correlation of attacks across endpoints. By automatically consolidating incidents to a unified larger incident, it accelerates response and streamlines workflows."     *See*     Bitdefender     —     GravityZone     EDR, https://www.bitdefender.com/en-us/business/products/endpoint-detection-response.     GravityZone also outputs remediation suggestions at this stage: "Throughout the investigation process, GravityZone suggests preventive and corrective actions, such as isolating endpoints or deploying missing     patches."     *See*     TechZone     —     EDR     XDR     and     MDR     overview, https://techzone.bitdefender.com/en/security-layers/detection/edr-xdr-and-mdr-overview.html.

Root Cause Analysis produces threat classifications by correlating historical events through a temporal activity timeline. "An activity timeline with a suspected root cause is graphically outlined by correlating and combining historical events of identified threats and malicious leads flagged by our advanced machine learning technology." *See* Bitdefender — Root Cause Analysis, https://www.bitdefender.com/en-us/business/gravityzone-platform/root-cause-analysis.
"Bitdefender solutions deliver an overview of an attack's evolution, from the initial attack vector to the ultimate compromise, and logs movement in real-time." *See* Bitdefender — Root Cause Analysis, https://www.bitdefender.com/en-us/business/gravityzone-platform/root-cause-analysis.

At the endpoint level, ATC and PI produce threat classifications through a cumulative temporal scoring model in which each subsequent suspicious behavior event advances the classification rating. "Both ATC and PI contribute to determining this process score, with each suspicious behavior influencing the overall rating. When this rating reaches a predefined threshold, an alarm is triggered, indicating that the process is considered highly likely to be a security threat." *See* Bitdefender TechZone — Process Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html. "If the score exceeds the threshold configured in the current profile, an action will be initiated for the application, which may involve terminating the process".     *See*     Bitdefender     TechZone     —     Process     Protection, https://techzone.bitdefender.com/en/security-layers/protection/process-protection.html.

22

| | The outputs of this layer are presented in tabular and list form across separate Control Center pages — the Security Risks page and the Risk Management (ASM) dashboard. The Security Risks page presents results "in a fully customizable table formation with complex filtering options." *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html. The ASM dashboard's Top vulnerabilities by severity widget "lists all vulnerabilities by their severity, displaying their total number and how many are being actively exploited. For each vulnerability you can view its name as shown in the CVE database, a link that leads to the CVE database page, and its risk score." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. The Top vulnerabilities by application widget "lists all vulnerabilities by the application they have been discovered on, their total number, and how many are being actively exploited. For each application, you can view its name as shown in the CVE database, the number of vulnerabilities per each application, and the associated risk score." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. The Top resources at risk widget displays "the entire list of resources in the All resources smart view of the Resources page, ordered by risk score. Hovering over an individual device within the widget displays its risk score breakdown." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. The Company state widget "shows your organization's overall risk score, illustrated by the outer arc. It also displays individual scores for resources, accounts, and modifiers, each represented on the inner arc." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. |
|---|---|
| **1[d]: "displaying, in a plurality of runtime dashboards of an** | The GravityZone Platform meets the requirement "displaying, in a plurality of runtime dashboards of an administrative console of the computing environment, real-time status indications for |

23

| | |
|---|---|
| **administrative console of the computing environment, real-time status indications for operational integrity of the application."** | operational integrity of the application" literally or under the doctrine of equivalents.<br><br>The Control Center is an administrative console for the GravityZone backend, organized around "first level pages" including a Monitoring section that contains both Dashboard and Executive Summary pages, and an Incidents page that displays the security incidents generated by the backend correlation pipeline. *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html. The Monitoring section of Control Center contains the Dashboard and the Executive Summary, and a separate Incidents screen contains incidents going back 90 days. "The Incidents screen provides you with a list of recent security incidents going back 90 days, and the ability to search for security incidents in all your managed companies or using a variety of filters and search criteria." *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html.<br><br>The Dashboard is a customizable real-time runtime view of operational integrity. "The Control Center Dashboard is a customizable visual display providing a quick security overview of all protected endpoints and network status." *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. It is composed of a Dashboard network status bar and a set of dashboard portlets. *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. "The Dashboard network status bar updates you with the number of opened or in-progress incidents, threatened assets (endpoints), and detected threats in your network." *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. "Dashboard portlets display various real-time security information using easy-to-read charts, thus allowing you to quickly identify any issues". *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. "There are several types of portlets that include various information about your endpoint protection, such as update status, malware status, firewall activity." *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html. "Portlets are interactive; if you wish to display further information on any event you can click on the datapoint |

in the portlet representing said event." *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html.

The Dashboard supports user-customized portlet sets and per-portlet refresh, and a "Refresh Portlets" control updates information for all portlets at once. *See* Bitdefender Support — Dashboard, https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html.



*Source excerpt: GravityZone Control Center Dashboard — customizable visual display with multiple real-time portlets (Incident Suspicious activity status; Incident Suspicious activity; Computers Security Audit; Computers Endpoint Protection Status). Source: https://www.bitdefender.com/business/support/en/77209-94244-dashboard.html.*

The Control Center supports a plurality of additional runtime dashboards built on a real-time widget framework. "A dashboard is a customizable visual that displays real-time or historical data from log sources, allowing you to monitor, analyze, and visualize key metrics in one centralized location." *See* Bitdefender Support — Dashboards, https://www.bitdefender.com/business/support/en/77209-1424501-dashboards.html. "Dashboards

25

| | are made up of widgets, which are individual display elements that can show aggregated data in various formats, such as charts, graphs, or single-value metrics or disaggregated data in the form of log message tables." *See* Bitdefender Support — Dashboards, https://www.bitdefender.com/business/support/en/77209-1424501-dashboards.html. Security Data Lake Security "provides pre-configured, interactive dashboards designed to help security teams monitor, detect, and respond to security incidents." *See* Bitdefender Support — Dashboards, https://www.bitdefender.com/business/support/en/77209-1424501-dashboards.html. <br><br> The Executive Summary is a separate runtime dashboard within the same administrative console. "Executive Summary presents a concise security overview of all protected endpoints in your network and is specially designed to help you monitor, analyze, and provide executive management with easy-to-interpret data." *See* Bitdefender Support — Executive Summary, https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html. "Composed mostly of widgets, enhances visibility by offering details about endpoint modules, detections, and taken actions, threat types and techniques, your company risk score, and others." *See* Bitdefender Support — Executive Summary, https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html. The page presents widgets including Managed endpoints, Active endpoints, Blocked threats, Inventory, Company risk score, Top 5 types of blocked threats, Threats breakdown by endpoint type, Incidents breakdown by action taken, Remediation actions, Endpoint modules status, Policy rule-based detections, Blocked websites, and Blocked network attack techniques. *See* Bitdefender Support — Executive Summary, https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html. The Endpoint modules status widget "rovides an overview of the protection modules coverage for your endpoints. The chart presents the modules and whether they are enabled, disabled, or not installed on your endpoints." *See* Bitdefender Support — Executive Summary, https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html. The Executive Summary page supports a Reporting period filter with "Last 24 hours," "Last 7 days," and "Last 30 days" intervals, a Refresh control, an Export-to-PDF control, and a Create report control. *See* Bitdefender Support — Executive Summary, |
|---|---|

https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html. "The Executive Summary page presents a high-level, endpoint-focused version of the Dashboard, providing a series of widgets displaying details about endpoint modules, detections and taken actions, threat types and techniques, your company risk score, threat breakdowns, statistics, and many more." *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html.



*Source excerpt: GravityZone Executive Summary dashboard — Top 5 widgets including Top 5 types of blocked threats and Top 5 endpoint modules. Source:*
*https://www.bitdefender.com/business/support/en/77209-94245-executive-summary.html.*

The Incidents page is itself a runtime dashboard view that displays the structured incidents produced by the GravityZone backend correlation pipeline in a row-and-column grid. The page "provides a highly customizable grid that displays a list of EDR/XDR incidents generated for your managed companies." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.Each incident occupies a row, and the columns include "ATT&CK technique" ("The name of the Mitre technique used in the incident"), "ATT&CK technique ID" ("The ID of the Mitre technique used in the attack"), "ATT&CK sub-technique" ("The name of the Mitre subtechnique used in the attack"), "Last killchain phase" ("The last attack phase of the attack, based on the Mitre matrix"), Severity score, Priority, Status, Actions taken, Entities, Resources,

27

and "Correlated incidents" ("The ID of child incidents correlated with the one displayed in the grid"). *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

"Each entity or resource type is displayed in its separate column. These columns are dynamically generated: if no incidents involve a particular resource or entity type, the corresponding column will not be displayed." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. The Incidents page filter for attack phases is described as a list "based on the MITRE matrix." *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. A Smart views panel allows saving customized views; a Settings panel lets the user "customize what columns are displayed in the view and enable or disable the Compact view"; and a Filters section narrows the displayed incidents, including, but not limited to, by Status (with values including Open, In progress, and Resolved), date range, and other criteria. *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. The grid supports CSV export — "Export view: exports your incidents grid as a CSV file" — and is segmented into Extended Incidents, Endpoint Incidents, and Detected Threats tabs. *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html. *See* Bitdefender Support — Control Center at a glance, https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html.

Clicking an incident expands the row into a detail view containing the structured incident artifacts produced upstream — the Critical Path graph, the activity-timeline Graph, the MITRE ATT&CK technique tagging, the Severity score, and the cross-incident consolidation links — each of which is itself a real-time status indication for operational integrity at the application and endpoint level. *See* Bitdefender Support — Investigating Incidents, https://www.bitdefender.com/business/support/en/77211-151142-investigating-incidents.html.

The Risk Management (ASM) dashboard is a further runtime dashboard within the same

administrative console. It is accessed "by selecting Risk Management from the default views of the ASM Dashboard." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. "The Risk Management dashboard provides an overview of your network security and risk assessment formation." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. "Each widget can be individually configured. Hovering over a widget displays the buttons that enable you to customize it: Move" *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. The dashboard widgets list vulnerabilities, resources, and accounts ordered by severity and risk score, including the Company state widget, which "shows your organization's overall risk score, illustrated by the outer arc. It also displays individual scores for resources, accounts, and modifiers, each represented on the inner arc." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. "widget lists all vulnerabilities by their severity, displaying their total number and how many are being actively exploited. For each vulnerability you can view its name as shown in the CVE database, a link that leads to the CVE database page, and its risk score." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. "widget shows the resources that are most at risk in your company." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. "s widget highlights the top resources that have been involved in incidents, listing their name, risk score and amount of incidents in which the resource was involved." *See* Bitdefender Support — The Risk Management dashboard, https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html. The Score over time widget "is a histogram that displays the weekly evolution of your company risk score from the last seven days, until 12 AM of the current day." *See* Bitdefender Support — The Risk Management dashboard,

https://www.bitdefender.com/business/support/en/77209-91882-the-risk-management-dashboard.html.



*Source excerpt: GravityZone Control Center walkthrough — Endpoint Risk Analytics (ERA) Dashboard, a further runtime dashboard within the administrative console. Source:*
*https://www.bitdefender.com/business/support/en/77209-89881-control-center-at-a-glance.html*