# EXHIBIT J

# Exhibit J

## Infringement Claim Chart — U.S. Patent No. 9,071,518

*Rules Based Actions for Mobile Device Management*

**Bitdefender GravityZone Platform**

| Claim 1 | Bitdefender GravityZone Platform |
|---|---|
| **1[pre]: "A method for** | To the extent the preamble is limiting, the Bitdefender GravityZone Platform[1] meets the requirement |

[1] "Bitdefender GravityZone Platform" refers to Bitdefender's endpoint-protection EDR/XDR/MDR, attack-surface-reduction, risk-management, behavioral-monitoring, runtime-risk-identification-and-scoring, threat-prevention, file-execution-analysis (static, dynamic, and sandbox-based), mobile-threat-defense, mobile-device-management-and-integration, incident-investigation, telemetry, and enforcement functionality, including without limitation: (i) the GravityZone management console (Control Center); (ii) the Bitdefender Endpoint Security Tools (BEST) endpoint agent and its security modules, including without limitation Process Inspector / Advanced Threat Control, HyperDetect, Network Attack Defense, Sandbox Analyzer (and its Sandbox Prefilter), Anti-Phishing and Web Threat Protection, Antimalware modules, Content Control, and Device Control; (iii) the GravityZone EDR/XDR/MDR sensor and correlation framework, Incident Advisor, Root Cause Analysis, Severity Score, Risk Management module, Company Risk Score, Indicators of Risk catalog, and Proactive Hardening and Attack Surface Reduction (PHASR); (iv) the GravityZone Security for Mobile add-on (Mobile Threat Defense / MTD) and its Mobile Security console, the on-device GravityZone Mobile Client / MTD application installable on iOS, iPadOS, Android (including Samsung Knox), and Chromebook devices, the Bitdefender Security for Chrome browser extension on ChromeOS, and the on-device local VPN; (v) the rule and policy constructs across the platform, including without limitation the Threat Policy, Apps Policy, Phishing and Web Content Policy, and Samsung Knox MTD Policy on the mobile side, and the EDR Custom Detection rules, YARA detection rules, Integrity Monitoring rules, assessment policies and policy databases, rules databases, MITRE ATT&CK technique mapping, and Bitdefender Global Protective Network threat-intelligence feeds; and (vi) integrations with third-party MDM/UEM systems, SIEM systems, and the Google Admin Console for ChromeOS deployment, together with all related cloud services, agents, sensors, alerts, incidents, reports, dashboards, databases, APIs, telemetry stores, and management components.

| | |
|---|---|
| **providing device management services comprising steps of:”** | “A method for providing device management services comprising steps of” literally or under the doctrine of equivalents.<br><br>GravityZone is a unified, server-managed cybersecurity platform whose Security for Mobile add-on, operating in combination with the GravityZone management console, the Mobile Security console, and the GravityZone MTD agent installed on each managed mobile device, performs a method for providing device management services to mobile devices running iOS, Android (including Samsung Knox), iPadOS, and ChromeOS. Security for Mobile is “designed to provide organizations with advanced Mobile Threat Detection (MTD) and security for Android, iOS, and Chromebook devices including extensions so that employees can access corporate data in a safe and secure way”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>The accused method is performed by the GravityZone server-side infrastructure (the GravityZone management console and Mobile Security console, together with their underlying cloud back-end) operating individually or together with the GravityZone MTD agent on each managed mobile device. *See also* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html. *See also* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html. *See also* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile. |

| | |
|---|---|
| | MDM<br>1. Device & application management<br>2. Enforce risk-base policy(wipe, delete)<br>3. Separate business and personal applications<br>4. Containerization<br>Bitdefender Mobile Security<br>1. On-device, Machine Learning, 0-day detection<br>2. Risk assessment<br>3. Network and device protection<br>4. Threat Hunting<br>*Source excerpt: Bitdefender's GravityZone Security for Mobile capability pillars (on-device machine learning / 0-day detection, risk assessment, network and device protection, Threat Hunting) shown alongside MDM. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html |
| **1[a]: "gathering, at a server, from a network, status information related to an operating state of each of a plurality of mobile devices, each mobile device utilizing one of a plurality of different mobile operating systems,"** | The GravityZone Platform meets the requirement "gathering, at a server, from a network, status information related to an operating state of each of a plurality of mobile devices, each mobile device utilizing one of a plurality of different mobile operating systems" literally or under the doctrine of equivalents.<br><br>GravityZone gathers, at the server (the GravityZone management console and the Mobile Security console), from a network, status information related to the operating state of each of a plurality of enrolled mobile devices, each utilizing one of a plurality of different mobile operating systems, including, but not limited to, Android, iOS, iPadOS, ChromeOS, and Samsung Knox. GravityZone Security for Mobile "is a mobile security solution able to protect mobile devices having Android, Chrome OS, or iOS operating systems against multiple threat vectors". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), |

| | |
|---|---|
| | https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>Server-side aggregation of mobile device telemetry from the heterogeneous mobile-device population — covering Android, iOS, iPadOS, ChromeOS, and Samsung Knox — is the core architecture described in Bitdefender's TechZone overview of the Security for Mobile platform. *See also* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>Among the operating-state attributes gathered for each device, "the system will gather information about unmanaged profiles and jailbreaks". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>GravityZone proactively gathers operating-system vulnerability state across the device fleet: "Security for Mobile proactively identifies operating system vulnerabilities and devices that are unable to receive updates". *Id.*<br><br>The administrator obtains a "comprehensive global overview of the vulnerabilities present in each device". *Id.*<br><br>The gathered status information includes, but is not limited to, operating-state factors of "elevated privileges, system tampering, and rooted devices". *Id.*<br><br>Per-device operating-state inventory is exposed in the Mobile Security console's OS Risk page, which presents "a comprehensive inventory of all identified iOS and Android risks within the user's system, categorized by Operating System". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html. |



| | |
|---|---|
| | <br>*Source excerpt: Mobile Security console OS Risk page enumerating per-device operating-system vulnerabilities by CVE, severity, operating system, OS version count, and device count. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html |
| **1[b]: "wherein the status information for each mobile device is gathered from a plurality of sources including each mobile device in a substantially real time manner;"** | The GravityZone Platform meets the requirement "wherein the status information for each mobile device is gathered from a plurality of sources including each mobile device in a substantially real time manner" literally or under the doctrine of equivalents.<br><br>For each enrolled device, the status information arriving at the server is drawn from a plurality of sources — at least the mobile device itself (via the on-device GravityZone MTD agent), and, for iOS, the configured MDM integration (which supplies the iOS application inventory and additional remediation hooks), together with Bitdefender's threat-intelligence and application-vetting backends. |



*Source excerpt: Bitdefender Mobile Security topology — the Mobile Endpoint, MDM System, Bitdefender Mobile Security Control Center, and SIEM integration sources feeding the central console. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

The Mobile Security console "collects an inventory of apps from all devices with the GravityZone MTD installed". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.

Each per-device record exposed in the console can be filtered "by profiles, apps, patch date, CVE, and values in each column". *Id.*

GravityZone Security for Mobile delivers, for protection of mobile devices, "the real-time security

| | |
|---|---|
| | and analytics”. *Id.*<br><br>The management console “automatically updates the events and other data points on the dashboard”. *Id.*<br><br>The on-device agent and the management console operate together to gather and surface device telemetry, capturing “the behaviour of apps, network connections, and system activities”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>The accused product also surfaces, for IT teams, “End-to-End Visibility”. *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.<br><br>That visibility extends “across all platforms and applications”. *Id.*<br><br>On a Chromebook running both the GravityZone MTD application and the Security for Chrome extension, GravityZone receives status information from two distinct on-device sources for the same physical device, with each producing a separate per-OS device entry in the Mobile Security console: “the Chromebook appears as two entries”. *See* Bitdefender Support, Deploying GravityZone MTD and Security for Chrome on Chromebook (Article 77209-986740), https://www.bitdefender.com/business/support/en/77209-986740-auto-activation-of-the-mobile-security-app-for-android-on-chromebook.html.<br><br><br><br><br>*Source excerpt: Mobile Security console Devices view showing the same Chromebook recorded as two device entries (one Android / GravityZone MTD application, one Google Chrome / Security for Chrome extension), each with separate Risk Posture, App Version, Privileges, and Last seen. Source:* https://www.bitdefender.com/business/support/en/77209-986740-auto-activation-of-the-mobile- |

| | |
|---|---|
| | security-app-for-android-on-chromebook.html<br><br>For iOS in particular, application-inventory data is gathered via the configured MDM integration: "for iOS, due to the system architecture, integration with MDM is necessary to gather information about installed applications on mobile devices". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>The integrated MDM is itself the source of that inventory data: "the MDM platform creates an application inventory for iOS devices". *Id.*<br><br>GravityZone's application-vetting backend is a separate documented source contributing per-app status: GravityZone Security for Mobile incorporates a "robust application vetting system that enables the identification of non-compliant applications". *Id.*<br><br>The Threat Hunting backend extends application-state gathering across all supported mobile OSes: "Threat Hunting is available for Android, iOS, and Chromebook Applications". *Id.*<br><br>Beyond the MTD app's general telemetry, GravityZone Security for Mobile employs an on-device network-monitoring layer: GravityZone Security for Mobile offers "on-device, local VPN for real-time processing of traffic without relying on an external service". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile. |
| **1[c]: "formatting the status information for each of the mobile devices, such that rules can be substantially uniformly applied to the status information across the plurality of different mobile operating systems;"** | The GravityZone Platform meets the requirement "formatting the status information for each of the mobile devices, such that rules can be substantially uniformly applied to the status information across the plurality of different mobile operating systems" literally or under the doctrine of equivalents.<br><br>GravityZone normalizes the per-device status information it gathers from Android, iOS, iPadOS, ChromeOS, and Samsung Knox into a unified set of console-level data structures — device records, risk-posture indicators, threat-log events, application-inventory entries, OS-risk findings, profile inventories, and policy-evaluation events — such that the same administrator-defined rules can be substantially uniformly applied to the status information across the plurality of different mobile |

operating systems. Security for Mobile was built on three security layers — "Prevention, Detection and Response". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.

Network Risks
Application Risks
Device Risks
Prevention
Network Attacks
Malicious Apps
Phishing sites
Device Compromise
Detection
Network and Device Response
Block Phishing Sites
MDM actions
Threat Hunting
Forensics
Response

*Source excerpt: GravityZone Security for Mobile's three uniform security layers — Prevention, Detection, and Response — applied across the supported mobile operating systems. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

The Mobile Security console's Devices page exposes a single Risk Posture field for every device irrespective of operating system, and supports filtering "by profiles, apps, patch date, CVE, and values in each column". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.

The console's OS Risk page presents "a comprehensive inventory of all identified iOS and Android risks within the user's system, categorized by Operating System". *Id.*

GravityZone Security for Mobile is integrated into the unified Bitdefender GravityZone console and provides, for IT teams, "End-to-End Visibility". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.

That visibility extends "across all platforms and applications". *Id.*



*Source excerpt: Mobile Security console Dashboard with the unified single view of devices, threats, networks, apps, risk-management metrics across the heterogeneous mobile fleet. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

| | |
|---|---|
| | GravityZone Security for Mobile is integrated into the unified Bitdefender GravityZone console: GravityZone Security for Mobile "integrates with the unified Bitdefender GravityZone console". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.<br><br>Through that integration, security teams "manage and streamline security operations from a single platform". *Id.*<br><br>MDM integration into the management console facilitates "synchronization of all management devices, along with their respective groups and device information, into a unified location". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>Each per-device record is exposed in the Devices page with a uniform schema; for every device "the Risk Posture field indicates the highest level of a pending event". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>The same uniform schema persists even where one physical mobile device produces multiple console entries: on a Chromebook running both the GravityZone MTD application and the Security for Chrome extension, the "distinction between the two entries is based on the OS column and Model". *See* Bitdefender Support, Deploying GravityZone MTD and Security for Chrome on Chromebook (Article 77209-986740), https://www.bitdefender.com/business/support/en/77209-986740-auto-activation-of-the-mobile-security-app-for-android-on-chromebook.html. |
| **1[d]: "storing the status information in an electronic database accessible to the server;"** | The GravityZone Platform meets the requirement "storing the status information in an electronic database accessible to the server" literally or under the doctrine of equivalents.<br><br>GravityZone stores the gathered status information in an electronic database accessible to the server. The Mobile Security console persists each device's record on the Devices page (which records |

| | |
|---|---|
| | device-identifier values including, but not limited to, Android ID, generated identifier, MDM ID, or Chrome OS identifier), the Apps inventory, the Extensions inventory, the OS Risk findings, the Profiles inventory, the Threat Log, and the Dashboard's rolling event store. The Mobile Security console "collects an inventory of apps from all devices with the GravityZone MTD installed". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html. <br><br>   <br> *Source excerpt: Mobile Security console Apps inventory log with per-app classification, package name, version, devices count, privacy / security risk, and last-updated time. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html <br><br> The Dashboard provides a "single view of the protected devices, security intelligence, and events, regardless of their group". *Id.* <br><br> Per-device data, including forensic data, app behaviors, network connections, and system activities, are retained for analysis and reporting in the management console: "Security teams can collect and analyze valuable data from mobile devices, enabling in-depth investigations into security incidents and breaches". *See* Bitdefender TechZone, Mobile Security, |

| | |
|---|---|
| | https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>The Threat Log on the Dashboard is “a repository for all ongoing security events”. *Id.*<br><br>The persisted server-side data store is structured and exportable in JSON form: “All data from Bitdefender Mobile Security can be sent in JSON format, which contains all the collected data about the device and threats”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>Per-device records persisted on the Devices page include identifier values for every enrolled device: “The Device ID column has one of four values: Android ID, generated identifier, MDM ID, or Chrome OS identifier”. *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>For every persisted device, regardless of operating system, “the Risk Posture field indicates the highest level of a pending event”. *Id.*<br><br>The Devices page persists a separate per-OS device entry for each on-device source: on a Chromebook running both the GravityZone MTD application and the Security for Chrome extension, the Security for Chrome extension “creates a separate ChromeOS device entry in the Devices view”. *See* Bitdefender Support, Deploying GravityZone MTD and Security for Chrome on Chromebook (Article 77209-986740), https://www.bitdefender.com/business/support/en/77209-986740-auto-activation-of-the-mobile-security-app-for-android-on-chromebook.html.<br><br>Forensic reports are persisted alongside the threat events: “All the reports with additional Mitre’s Tactics information are available under the Threat Log section”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html. |



| | |
|---|---|
| |  *Source excerpt: Mobile Security console Threat Log with persisted per-event records (severity, threat type, group, user, device ID) and the per-event details panel including MITRE Tactics, severity, timestamp, OS, jailbroken state, incident summary, network, app metadata, and last known GPS. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html |
| **1[e]: "evaluating, at the server, a first compliance state of each of the mobile devices from the status information using a plurality of administrator-defined rules,"** | The GravityZone Platform meets the requirement "evaluating, at the server, a first compliance state of each of the mobile devices from the status information using a plurality of administrator-defined rules" literally or under the doctrine of equivalents.<br><br>GravityZone evaluates a compliance state of each enrolled mobile device, at the server, from the gathered status information using a plurality of administrator-defined rules. Administrators define those rules through the Mobile Security console's Threat Policy, Apps Policy, and Phishing and Web Content policy pages — selecting the affected device group, configuring the policy characteristics, and deploying the policy. The console workflow instructs the administrator to "Go to the Policies page from the left side menu". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html. |

*Source excerpt: GravityZone Threat Policy configuration with the Device Action modal showing administrator-selectable response actions across Android, iOS, and Samsung Knox columns. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

The administrator is then directed to "Select the group of devices you wish to apply your new policy to". *Id.*

And to "Configure the security policies you want to apply". *Id.*

GravityZone Security for Mobile provides "Compliance and policy enforcement". *Id.*

The administrator-defined rule set is plural and is enforced across the supported mobile operating systems. App Policy characteristics added across console releases include, but are not limited to, "OCR Usage". *See* Bitdefender Support, Mobile Security Console (Article 77209-530706), https://www.bitdefender.com/business/support/en/77209-530706-mobile-security-console.html.

Additional Apps Policy characteristics include "Sparkcat OCR malware". *Id.*

Apps Policy characteristics also include "Custom URL schemes". *Id.*

Apps Policy characteristics further include "Unexpected permissions". *Id.*

Apps Policy characteristics also include "Dangerous and unexpected permissions". *Id.*

<table>
<tr>
<td></td>
<td>
And “High-severity unexpected findings”. *Id.*<br><br>
Cross-platform threat detections include “SIM Change”. *Id.*<br><br>
Additional cross-platform detections include “Apple Approved Marketplace Enabled”. *Id.*<br><br>
And “iOS Shortcut Detection Disabled”. *Id.*<br><br>
And “Active ADB Session Detected”. *Id.*<br><br>
GravityZone’s behavior-based rule framework spans multiple mobile operating systems: GravityZone Security for Mobile “detects known and unknown threats by analyzing the behavior of a mobile device and then accurately identifies mobile system deviations, applications that behave as malware, anomalous network traffic, and advanced phishing attacks”. *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.<br><br>
See also Bitdefender’s TechZone overview for the Prevention/Detection/Response architecture against which the administrator-defined rules are evaluated. *See also* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>
Within the Threat Log, “the administrator can also define the Action for discovered threats”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>
Each security team can also tailor an approval set; the platform empowers them to “establish a repository of approved applications”. *Id.*<br><br>
The administrator’s web-content rule constructs span a plurality of categories: “over 70 categories assigned to 10 distinct groups”. *Id.*
</td>
</tr>
</table>

**Category Policy**

Define the access control action for each content category below.

Copy from group | Use Recommended Settings | Select Action | Apply

| Category | Action |
|---|---|
| Security/Risk | Multiple |
| Anonymizers | Allow |
| Botnets | Allow |
| Cryptocurrency Mining | Allow |
| Hacking | Allow |
| Illegal Software | Allow |
| Malware | Alert & Create Threat |
| Phishing | Alert & Create Threat |
| Spam | Allow |
| Suspected Domain | Allow |
| Jailbreak/Rooting Tools | Alert & Create Threat |
| 3rd Party App Stores | Alert & Create Threat |
| Command & Control Server | Alert & Create Threat |
| Adult Content | Allow |
| Business | Allow |
| Crime/Fraud | Allow |
| Drugs | Allow |
| General | Allow |
| Lifestyle | Allow |
| Mature/Violence | Allow |
| Technology/Communications | Allow |
| System Categories | Allow |
| Unknown | Allow |
| Safe | Allow |

*Source excerpt: GravityZone Phishing & Web Content category policy with categories grouped (Security/Risk → Anonymizers, Botnets, Cryptocurrency Mining, Hacking, Malware, Phishing, etc.) and administrator-selected per-category Action. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

Bitdefender's product page corroborates the admin-defined non-compliance rule construction: "Detect non-compliant applications with application vetting that assesses applications' security and privacy postures". *See* Bitdefender, GravityZone Security for Mobile,

| | |
|---|---|
| | https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile. |
| **1[f]: "wherein each of the rules applies to mobile devices regardless of mobile operating system; and"** | The GravityZone Platform meets the requirement "wherein each of the rules applies to mobile devices regardless of mobile operating system" literally or under the doctrine of equivalents.<br><br>Each of the GravityZone administrator-defined rules applies to mobile devices regardless of which mobile operating system any given device runs. The Prevention, Detection, and Response architecture is uniform across the supported mobile operating systems, and the Mobile Security console's OS Risk page presents "a comprehensive inventory of all identified iOS and Android risks within the user's system, categorized by Operating System". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br><br><br>*Source excerpt: GravityZone Security for Mobile's three security layers — Prevention, Detection, and Response — operate uniformly across the supported mobile operating systems. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html<br><br>See element 1[e] above for the catalog of rule constructs (Threat Policy, Apps Policy, and Phishing and Web Content policy) and the cross-platform attribute set against which they are evaluated.<br><br>The cross-OS reach of the rule framework is corroborated by the platform's behavior-based detection: GravityZone Security for Mobile "detects known and unknown threats by analyzing the behavior of a mobile device". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en- |

| | |
|---|---|
| | us/business/gravityzone-addons/security-for-mobile.<br><br>That capability is delivered, for IT teams, “across all platforms and applications”. *Id.*<br><br>See also Bitdefender’s TechZone overview for the OS-uniform Prevention/Detection/Response architecture. *See also* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>GravityZone Security for Mobile “is a mobile security solution able to protect mobile devices having Android, Chrome OS, or iOS operating systems against multiple threat vectors”. *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>Specific rule constructs are available across the supported mobile OSes: “Threat Hunting is available for Android, iOS, and Chromebook Applications”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>The detection engine itself applies uniformly across OSes: “GravityZone Security for Mobile employs on-device machine learning to detect both known and unknown threats”. *Id.* |
| **1[g]: “initiating, at the server, at least one action defined by the administrator-defined rules in response to the step of evaluating,”** | The GravityZone Platform meets the requirement “initiating, at the server, at least one action defined by the administrator-defined rules in response to the step of evaluating” literally or under the doctrine of equivalents.<br><br>In response to the rule evaluation, the GravityZone server initiates at least one action defined by the administrator-defined rules. The administrator-configured Network and Device Response actions include, without limitation, “disconnecting Wi-Fi, disabling Bluetooth, or, in the case of Samsung Knox, uninstalling or disabling applications, or isolating from the network”. *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html. |



*Source excerpt: GravityZone Threat Policy configuration with the Device Action modal showing the administrator-defined response-action menu for Android (Disconnect Wifi, Network Sinkhole, Disable Bluetooth, Tunnel Unsecured Traffic), iOS, and Samsung Knox (Use Android Actions, Disable App, Uninstall App, Block App, Isolate From Network, Data Loss Prevention). Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

Administrator-configured notifications include "User alert". *Id.*

With the configured MDM integration, additional remediation actions are available, including "wiping the device or enforcing security policies like application control". *Id.*

From the Mobile Security console's Threat Log on the Dashboard: "Administrators can perform various actions on each event, including approval, resolution, or triggering an MDM Action". *Id.*

On out-of-compliance application detections, GravityZone administrators can "trigger actions (locally on MTD or via MDM)". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.

And the platform "seamlessly integrates with mobile device management (MDM) solutions enabling IT teams to automatically enforce mobile device security policies". *Id.*

Server-side automatic enforcement is further documented in Bitdefender's MDM-integration documentation. *See also* Bitdefender Support, GravityZone Security for Mobile (Article 77209-

| | |
|---|---|
| | 320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>The administrator-defined nature of those actions is express: within the Threat Log, "the administrator can also define the Action for discovered threats". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>Bitdefender confirms broader admin-configurable remediation: "All remediation policies can be configured within GravityZone Security for Mobile". *Id.*<br><br>Through supplementary MDM integration, administrators may further "terminate access, remove applications, lock, or wipe a device". *Id.*<br><br>Beyond network/device response, the rule-defined action set covers phishing-content treatment: "the treatment of all phishing sites can be determined based on configuration choices". *Id.*<br><br>GravityZone's per-application action vocabulary includes "blocking applications". *Id.*<br><br>Through the MDM-integration path, GravityZone's actions extend to "remotely control, track and encrypt devices and enforce policies". *See* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile. |
| **1[h]: "wherein the step of evaluating is performed by the server automatically, in response to changes in the status information in the electronic database."** | The GravityZone Platform meets the requirement "wherein the step of evaluating is performed by the server automatically, in response to changes in the status information in the electronic database" literally or under the doctrine of equivalents.<br><br>The evaluation is performed by the server automatically, in response to changes in the status information stored in the Mobile Security console's electronic database. The platform integrates the GravityZone MTD agent on each device with the server-side console such that newly observed device events — a changed OS-risk finding, a SIM change, a newly installed or non-compliant application, a detected jailbreak/root, a detected MiTM or rogue access-point event, a detected ADB session, an Apple-approved-marketplace toggle, an iOS-shortcut event, a phishing-link click, and the like — are |

| | |
|---|---|
| | evaluated against the deployed administrator-defined Threat Policy and Apps Policy without administrator intervention. Cataloged change-keyed evaluation triggers include "SIM Change". *See* Bitdefender Support, Mobile Security Console (Article 77209-530706), https://www.bitdefender.com/business/support/en/77209-530706-mobile-security-console.html.<br><br>Additional change-keyed triggers include "Apple Approved Marketplace Enabled". *Id.*<br><br>And "Active ADB Session Detected". *Id.*<br><br>And "iOS Shortcut Detection Disabled". *Id.*<br><br>Policy evaluation and threat-driven responses are automated. The platform "enables mobile device security policies to be enforced automatically". *See* Bitdefender Support, GravityZone Security for Mobile (Article 77209-320644), https://www.bitdefender.com/business/support/en/77209-320644-gravityzone-security-for-mobile.html.<br><br>And the management console "automatically updates the events and other data points on the dashboard". *Id.* |



*Source excerpt: Mobile Security console Dashboard — the Threat Log, threat-history graph, and Risk Management metrics that Bitdefender documents as automatically updating as new device telemetry arrives. Source:* https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html

| | |
|---|---|
| | Cross-platform automatic enforcement is further documented on Bitdefender's product page. *See also* Bitdefender, GravityZone Security for Mobile, https://www.bitdefender.com/en-us/business/gravityzone-addons/security-for-mobile.<br><br>The detection logic underlying the automatic evaluation runs on-device: "GravityZone Security for Mobile employs on-device machine learning to detect both known and unknown threats". *See* Bitdefender TechZone, Mobile Security, https://techzone.bitdefender.com/en/security-layers/protection/mobile-security.html.<br><br>Through SIEM integration GravityZone's automatic evaluation extends to "trigger alerts and automated responses based on predefined rules". *Id.*<br><br>Application-state changes likewise trigger automatic console reporting; the Mobile Security console can "report an application that is in the installation pending state". *Id.*<br><br>Agent installation likewise produces an automatic database update: "Out-of-the-box Android app lists become accessible after the agent's installation". *Id.*<br><br>And the platform automatically identifies network-attack state changes, including "rogue access points and MiTM attacks". *Id.* |